WL Alliance, L.L.C.

vs.

Precision Testing Group, Inc.

---

Deposition of:

J. Michael Maddox

February 09, 2021

*Vol 01*

---



*Raising the Bar!*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.:  3:19-cv-4459-RV-HTC

WL ALLIANCE, LLC,

        Plaintiff,

vs.

PRECISION TESTING GROUP, INC.
and GLENN STUCKEY D/B/A
JJL CONSULTING, LLC,

        Defendants.
_____/


DEPOSITION OF

J. MICHAEL MADDOX, CPA, CFE, CVA


VOLUME 1 (Pages 1 - 87)


February 9, 2021
10:47 a.m. - 1:00 p.m.


Beggs & Lane
501 Commendencia Street
Pensacola, Florida  32502


Stenographically Reported By:
Connie L. Morse


Job No.:  175518

J. Michael Maddox
February 09, 2021

Page 2

```
 1    APPEARANCES:

 2

      On behalf of the Plaintiff:
 3
           Beggs & Lane
 4         501 Commendencia Street
           Pensacola, Florida 32502
 5
           BY:  JOHN H. ADAMS, ESQ.
 6         jha@beggslane.com

 7

 8    On behalf of the Defendants:

 9         Moore, Hill & Westmoreland
           350 West Cedar Street
10         Suite 100
           Pensacola, Florida 32502
11
           BY:  GEORGE R. MEAD, II, ESQ.
12         emead@mhw-law.com

13

14    Also Present:  Walker Anderson

15

16

17

18

19

20

21

22

23

24

25
```

J. Michael Maddox
February 09, 2021

Page 3

1                    INDEX OF WITNESS

                                              PAGE NO.
2
    J. MICHAEL MADDOX, CPA, CFE, CVA
3
    Direct Examination by Mr. Mead                 4
4
    Cross-Examination by Mr. Adams                73
5
    Redirect Examination by Mr. Mead             82
6
    Certificate of Oath                           85
7
    Certificate of Reporter                       86
8
    Read and Sign Letter                          87
9
    Errata Sheet                                  88
10

11                   INDEX OF EXHIBITS

12  DEFENDANTS' NUMBER

13  1                 Amended Expert Report         84

14

15

16

17

18

19

20

21

22

23

24

25

J. Michael Maddox
February 09, 2021

Page 4

 1    Proceedings began at 10:47 a.m.:

 2                  THE STENOGRAPHER:  Would you raise your right

 3         hand.

 4                  Do you solemnly swear that the testimony you

 5         are about to give will be the truth, the whole

 6         truth, and nothing but the truth?

 7                  THE WITNESS:  Yes.

 8    Thereupon:

 9                  J. MICHAEL MADDOX, CPA, CFE, CVA

10    having been first duly sworn, was examined and testified

11    as follows:

12                       DIRECT EXAMINATION

13    BY MR. MEAD:

14         Q    Good morning.  Could you give us your full

15    name for the record?

16         A    James Michael Maddox, M-a-d-d-o-x.

17         Q    Mr. Maddox, you've been asked here to

18    testify in regard to, as I understand it, an engagement

19    you undertook for WL Alliance in regard to this

20    litigation.  Is that your understanding?

21         A    Yes.

22         Q    You have provided -- I should say

23    plaintiffs have provided a copy of a second, I guess, an

24    amended reported that you provided in January.  Do you

25    have that report with you?

J. Michael Maddox
February 09, 2021

```
 1          A     I do have a copy in front of me.
 2          Q     Very good.  I'd like to ask you a little
 3    bit about your background and experience, and if I have
 4    some particular questions -- if you'll just kind of
 5    generally give me your background, and I may ask some
 6    particular questions about your CV.
 7          A     Okay.  I graduated from Troy University
 8    with a bachelor's in accounting, immediately was employed
 9    as an accountant with a firm in Montgomery, Alabama.  I
10    obtained my CPA certificate in 1992 and have practiced as
11    a CPA since then.  I joined the current firm of Carr,
12    Riggs & Ingram in '94, at the end of '94, first of '95,
13    and have been with that firm since, been a partner since
14    '97.  I've since obtained my certification as a certified
15    valuation analyst and a certified fraud examiner.
16          Q     All right.  I see in your -- so I can
17    understand your experience, in your CV you've got a
18    number of different instances of business valuation
19    listed, reevaluation of investments and things of that
20    nature.  That seems to be the bulk of the engagements
21    that you've listed.  If I could ask in terms of your --
22    the overall history of your experience through Carr,
23    Riggs particularly, I would distinguish -- and this is an
24    attorney saying, so feel free to correct my
25    categorization if you feel it's different.
```

J. Michael Maddox
February 09, 2021

Page 6

```
 1        A      Sure.
 2        Q      I would distinguish operational accounting,
 3   forensic accounting and perhaps tax accounting as kind of
 4   three basic -- there may be other divisions, but for this
 5   purpose there's three divisions that I'm recognizing.  Is
 6   that a fair characterization, in your experience?
 7        A      That's close.  I think what you're
 8   referring to as operational accounting would be audit and
 9   attest is what we call it, tax work and then other
10   consulting services, which would encompass the valuation,
11   the forensic accounting, the litigation support, that
12   type.
13        Q      All right.  What has been your experience
14   in the operational side of accounting?
15        A      I've been an auditor and performed
16   attest-type engagements since I began my career in 1989.
17   As far as the number of engagements, it would be hard to
18   tell, but if it's not in the thousands, it's in the high
19   hundreds.  I have focused on industries primarily
20   consisting of construction, insurance, not-for-profits.
21   And that's been my most recent -- from an attest side,
22   that's been my most recent focus.
23        Q      Have you had any particular focus in tax
24   accounting?
25        A      I do a good bit of tax work over the years.
```

J. Michael Maddox
February 09, 2021

```
 1  I'm not in our tax department, quote, unquote, but I do,
 2  during the busy season, come in and help review returns,
 3  and I do tax work for my individual and corporate clients
 4  and have for the duration of my career.
 5        Q     Have you done -- in terms of the consulting
 6  side, I see a number of the business valuation, which I
 7  would characterize as some forensic aspects, and I think
 8  you testified to --
 9        A     In some cases it is, it's forensic related.
10  In some cases it's tax planning.
11        Q     In other consulting can you describe any
12  experience you have in terms of advising businesses on
13  formation, entity selection and those types of issues?
14        A     Well, we do a good deal of that for our
15  small business clients.  So I don't know what you're
16  looking for as --
17        Q     I'm asking about your personal experience.
18        A     Yes, yes.  We get asked those types of
19  questions.  In fact, I was dealing with it yesterday.
20        Q     Can you in broad terms -- and we'll get to
21  the particulars of what you've put in your report --
22  describe what the scope of your engagement was in
23  relation to this litigation?
24        A     Yes.  I was engaged to evaluate the damage
25  calculations that were prepared by the plaintiff and Ms.
```

J. Michael Maddox
February 09, 2021

Page 8

1    Horak in particular and to test the underlying documents,

2    make sure that those amounts were related to actual

3    transactions that occurred and then to make any

4    corrections to that that I noted.  In addition, I was

5    engaged to make a calculation on what the value of a

6    partnership or joint venture of the nature that we're

7    talking about would have been as of the date that the

8    parties ceased doing business together.

9         Q    Okay.

10        A    And I did that on -- well, you said we'll

11   get into the details later.

12        Q    Yes.  So in regard to your scope, as I

13   understand it, so we've got two components:  one, you

14   tried to review or validate -- I don't want to put words

15   in your mouth.  I know you used certain terms in your

16   report, and feel free to refer back to it.

17        A    Yeah.

18        Q    -- the calculations made by Ms. Horak on

19   Mr. Walker Anderson's behalf?

20        A    Right.

21        Q    And then, two, you tried to determine what

22   the value of that considered as a business enterprise was

23   for purposes of computing damages; is that right?

24        A    Correct.

25        Q    Did you do any work or analysis with regard

J. Michael Maddox
February 09, 2021

Page 9

1    to any of the indicia of the nature of the business

2    entity, joint venture, however you want to characterize

3    it, that may have been involved in this case?

4           A    Can you repeat that?

5           Q    Did you do any analysis of the indicia of

6    the kind of entity or agreement or contract or venture

7    that was involved?

8           A    Other than just gaining an understanding of

9    how they were operating, no.

10          Q    So is it fair to say, then, you simply

11   presumed the existence of some partnership for purposes

12   of determining your damages calculations?

13          A    That would be correct.

14          Q    All right.  Have you been asked to render

15   any opinions in that regard?

16          A    No, other than just asked if I've seen

17   similar type business relationships between companies

18   before, and I have, yes.

19          Q    All right.  And in fairness, I don't

20   believe -- correct me if I'm wrong.  It doesn't appear

21   your report reflects any such opinion with regard to

22   that?

23          A    No opinion other than that it's not

24   uncommon for people to operate in that manner, yes.

25          Q    Let's turn, if we will, first of all, to

J. Michael Maddox
February 09, 2021

1    what you looked at with regard to your report and the

2    matters you relied upon.  I'm looking at page 3 of your

3    report where you list the steps that you undertook.  And

4    then in reference to -- I believe you list the materials

5    and the facts and data considered in section 2 beginning

6    on page 6.  So I'm going to be kind of working back and

7    forth between those points so I can make sure that I

8    identify what you were looking at at each stage of your

9    examination.  Is that fair?

10         A    You said page 3 and page 6, correct?

11         Q    Yes.  So I'm looking at your methodology

12   here, and then I want to go back and forth to the

13   documents you were looking at at those stages, and if

14   they need to be distinguished we can.  So the first step

15   you indicated was you obtained files containing Horak

16   calculations and certain supporting documentation in

17   electronic format from John H. Adams, plaintiff's

18   attorney.  Could you identify what all those would entail

19   in the list that is on page 6 that you first were

20   provided?  It may be all; it may be less than all.

21         A    It begins on page 6 and carries over to

22   page 7.

23         Q    I'm sorry.  I apologize.

24         A    No problem.

25         Q    Identifying where it began.

J. Michael Maddox
February 09, 2021

Page 11

```
 1        A     Yeah, yeah.  And the question is, just to

 2   clarify, to detail the information that we looked at and

 3   considered; is that correct?

 4        Q     Correct, especially at that initial step in

 5   terms of your initial analysis.

 6        A     Okay.  Well, we obtained the actual

 7   calculations that Ms. Horak did and the supporting

 8   schedules that went into those, which would have included

 9   the summary of individual employees' payroll information

10   by date.  It would have included summaries of the

11   invoices to First Energy for the work performed.  It

12   would have included remittance information showing the

13   payments that were received for that work performed.  And

14   it would have included all of her -- the supporting

15   information for how she calculated those damages.

16        Q     All right.  And what interaction did you

17   have with Ms. Horak in regard to the calculations she had

18   provided?  It indicates down below in your methodology

19   that you interviewed her and obtained a detailed

20   understanding of how her calculations were compiled.

21   Tell me how that was done.

22        A     Well, we actually had several phone

23   conversations and BlueJeans, if you're familiar with the

24   app.  It's similar to Skype, Zoom, that type thing.  We

25   went over in detail how she developed her calculations so
```

J. Michael Maddox
February 09, 2021

Page 12

1    that I -- in order for me to test something and determine

2    if it's been done properly, I first have to understand

3    how she calculated.  So we walked through that, walked

4    through how the formulas worked in her spreadsheet, what

5    she calculated as damages.  That enabled us to begin our

6    procedures.

7         **Q     And in relation to that, was that interview**

8    **conducted prior to your preparation of the first report?**

9         A     Yes.

10        **Q     You provided two reports here, correct?**

11        A     The initial interviews were conducted, and

12   I said we had several conversations.  So we obtained our

13   understanding initially, and then as we did testing, we

14   would have further conversations to clarify things.  So

15   the majority of that was before the first report.  There

16   were conversations after that.

17        **Q     All right.  Once you prepared your first**

18   **report, what was the nature of the conversations you had**

19   **after that?**

20        A     Just in reviewing the report and preparing

21   for the deposition we originally had scheduled for last

22   month, I noticed some differences that I needed some

23   further explanation on.  So we had calls related to that

24   and related to some information that we still had not

25   received from her, and she provided that additional

J. Michael Maddox
February 09, 2021

Page 13

1    information.

2         Q       Were you provided a copy of her deposition?

3         A       I don't believe I've seen her deposition.

4         Q       I presume you were provided -- at the back

5    of your report, Exhibit C, I believe, it has what I

6    believe you call amended damage calculations.

7         A       Yes.

8         Q       You can turn to it if you'd like.

9         A       I've got it.

10        Q       All right.  Is this documentation drawn

11   from a spreadsheet that she provided, this amended damage

12   calculation?

13        A       Yes.  That's where the -- this information

14   is drawn from our corrections that we made to the

15   spreadsheets that she provided after our amended report

16   was issued.

17        Q       All right.

18        A       So she provided the calculations.  We made

19   corrections to it.  And then the resulting damages from

20   those corrections is what went into these calculations.

21        Q       I'm going to ask you -- if we need to pull

22   up her spreadsheet that we're correcting from and compare

23   it, I'd like to identify which one that is so we can

24   compare, and I want to ask you specific questions about

25   the nature of the corrections made --

J. Michael Maddox
February 09, 2021

Page 14

```
 1        A     Sure.
 2        Q     -- on this document and what the
 3   discussions were with regard to the need for those
 4   corrections.
 5        A     Okay.
 6        Q     So if we can, I want to pull what has been
 7   identified as the final overall summary 2014-2019, which
 8   this is in -- do you have that, John?
 9             MR. ADAMS:  I should have it.  It's in the
10        disclosures?
11             MR. MEAD:  Yes, it is.  I'll locate where
12        we're at.
13             MR. ADAMS:  I've got the entirety of what
14        was produced as his amended report.
15        A     You're looking at the amended one, correct?
16   BY MR. MEAD:
17        Q     What I have, it's overall summary 2014, and
18   this says final XLS.  Okay.  Just for reference's sake,
19   the totals on the left are $9,580,258.91, and the bottom
20   line on the column K is $3,416,216.93.  Those should be
21   the same.
22        A     That's correct.
23        Q     So this spreadsheet document from which you
24   derived your amended calculations is what you understood
25   to be her final rendition of the compilations that she
```

J. Michael Maddox
February 09, 2021

1    had accomplished from the records you described?

2         A    This is the version that I created from her

3    original spreadsheet after making the corrections that we

4    identified.

5         Q    Okay.  When we're looking at the final XLS,

6    you had a hand in preparing this document?

7         A    That is correct.  We took the original that

8    she provided us, and then we made corrections for the

9    items that are in my report identified here in paragraphs

10   1-a-i through vi.

11        Q    Okay.  Then I'm going to need to pull up

12   her deposition.  Go off the record for a moment so I can

13   locate that.

14              (Discussion off the record.)

15              MR. MEAD:  I'm turning to the Sheila Horak

16        Deposition Exhibit, I believe, 7, which should be

17        the 2014 WL/PTG overall payroll and billable.  Do

18        you have that available, John?

19              MR. ADAMS:  I can get a copy of it.  Are

20        you going to want the other exhibits?

21              MR. MEAD:  Just for comparison with what we

22        were looking at.

23              MR. ADAMS:  I was going to get her to bring

24        whatever you thought you might need down.

25              MR. MEAD:  I believe it's Exhibit 7 of her

J. Michael Maddox
February 09, 2021

Page 16

```
 1      continuation.

 2              MR. ADAMS:  Do you want me just to see if we

 3      can get that one exhibit, or are there other

 4      exhibits that you need?

 5              MR. MEAD:  Well, it's in the disclosures,

 6      so -- well, it's in her depo.  I'm primarily going

 7      to be focusing on this.  I don't expect I'm going to

 8      go into tremendous detail, just some very isolated

 9      items.

10              MR. ADAMS:  I'm just going to get her to bring

11      it all down.

12              MR. MEAD:  We'll go off the record.

13              (Discussion off the record.)

14  BY MR. MEAD:

15      Q    Mr. Maddox, while we're waiting on that

16  deposition exhibit for your reference, I'm going to ask

17  you some questions about this final that you said you

18  prepared with Ms. Horak's assistance after her first

19  deposition.

20      A    Okay.

21      Q    There's a number of different descriptions

22  below these columns of figures.  These appear to be

23  substantially similar, if not exactly the same, as the

24  ones that were in the spreadsheets that she had prepared

25  before you were involved or assisted her in that regard.
```

J. Michael Maddox
February 09, 2021

Page 17

1    Is that a fair characterization?

2         A     They are exactly the same.

3         Q     Okay.

4         A     Yes.

5         Q     So you didn't have any input in those

6    characterizations?  Those are the characterizations that

7    you undertook and based your analysis on?

8         A     That's correct.

9         Q     All right.  In review of her deposition,

10   did you make note of instances where Ms. Horak testified

11   with regard to amounts that Mr. Anderson had taken out of

12   the WL Alliance account that very shortly ended up making

13   that short the anticipated payroll or something to that

14   effect?  Do you recall those provisions?

15        A     I did not review her deposition.

16        Q     I'm sorry.  I thought you said you did.

17        A     No, no.  I said I don't believe I did.

18        Q     Okay.  So you didn't review either her

19   first deposition or her second?

20        A     That's correct.

21        Q     Did you discuss any of that with her in

22   your interviews subsequent to her deposition?

23        A     I discussed the information in the report,

24   how she came to those numbers and things of that nature.

25        Q     But you don't recall any particular

J. Michael Maddox
February 09, 2021

Page 18

1    discussion with her with regard to any events in which

2    Mr. Anderson may have taken sums of money from the

3    account for personal purposes, whatever, but then had to

4    put money back into the account in order to make the

5    payroll that was to be deducted from that account or

6    anything to that effect?

7         A    I don't remember those conversations.  I

8    can't say for certain she didn't mention it, but I don't

9    remember it.

10        Q    Do you recall anything like that coming up

11   in your discussions?

12        A    I'm sorry?

13        Q    Do you recall anything like that coming up

14   in your discussions?

15        A    Again, I don't remember anything like that.

16        Q    That's fine.  Let's take a step back and

17   kind of look at -- we've been looking at this thing kind

18   of a global view.  Tell me when you began or you had the

19   second set of conversations with her, what was your

20   process in terms of reviewing the primary documents that

21   she was relying on?  How did you go through those?

22        A    I don't know that I understand what you're

23   asking.  Sorry.

24        Q    I'll represent to you her deposition shows

25   that there are a number of Bank of America statements,

J. Michael Maddox
February 09, 2021

Page 19

1    there are a number of timesheets, there are a number of

2    e-mail correspondences with regard to various things that

3    were made parts of the disclosures in this case, some of

4    which were discussed in her deposition and on which she

5    may have relied.  Can you tell me what your process was

6    in terms of going through any or all that material?

7         A    Oh, yes, definitely.  And, again, I

8    mentioned this earlier.  We reviewed timesheets for

9    the -- I may not have mentioned timesheets earlier.  We

10   compared timesheets to the summary of payroll for each

11   year that she provided that was detailed by employee by

12   date.  We reviewed the invoices from PTG to FE, First

13   Energy, and agreed those to the amounts that she had

14   included in her supporting schedule.  And then we tied,

15   for example, the payments received from First Energy to

16   remittance advices, copies of remittance advices from

17   First Energy.

18              So for each of these columns there would

19   have been -- well, not each of them but for the payroll,

20   for the invoice columns and then the deposits, there was

21   a -- for each year there was a detailed subschedule that

22   tied out to those.  And then we took those and agreed

23   those to the supporting documents, including timesheets,

24   invoices and remittance advices.  And, again, over in the

25   Walker payments, which is in column I, we agreed those to

J. Michael Maddox
February 09, 2021

1    the transactions in the Bank of America bank statements.

2         Q    Okay.  In reviewing those bank statements,

3    I make note you've got a statement in this column here

4    that says, these are net of -- I'll represent that Walker

5    payments column does not appear in her earlier

6    spreadsheet, correct?

7         A    It did in the copy that we were provided to

8    work from, yes.

9         Q    Okay.  The copy that I'm looking at from

10   the deposition -- we'll get that, and we'll go over that

11   when we have that for you to look at.  I don't want to

12   dwell on that.  But you note in this statement in the

13   bottom of that column regarding Walker payments, column

14   I, that these are net of loans Walker made and repaid.

15   What does that refer to?

16        A    I don't know the answer to that.

17        Q    You don't?

18        A    No.  We just agreed it to the payments made

19   to him.  These were her comments that were on her

20   original spreadsheet.

21        Q    Okay.  So you did not make an accounting or

22   try to analyze what may have been in effect shareholder

23   loans or things of that nature?  You're familiar with the

24   phrase "shareholder loan," things to that effect?

25        A    Sure, sure, intimately.

J. Michael Maddox
February 09, 2021

Page 21

1        Q        It may be in an LLC, may be a member loan?

2        A        Correct.

3        Q        But it's an internal loan?

4        A        Correct.

5        Q        What is your understanding of the operation

6    of that from an accounting standpoint?

7        A        From an accounting standpoint, a

8    shareholder loan?

9        Q        Yes.

10        A        You would capitalize it as a receivable,

11    and then when it was repaid, you would apply the payment

12    against it.

13        Q        What does that do in terms of the profit

14    and loss statement in terms of liability?

15        A        Nothing.

16        Q        So it's treated --

17        A        No impact.

18        Q        No impact.  So it's not treated as a

19    liability of the entity to repay that?

20        A        If it's a shareholder loan?  I'm assuming

21    that you meant loan to a shareholder.

22        Q        No, no.

23        A        Now, if the shareholder loans money to the

24    corporation --

25        Q        That's what I'm talking about.

J. Michael Maddox
February 09, 2021

Page 22

```
 1        A     Which would be the opposite.  I apologize.
 2   I misunderstood you.
 3        Q     Okay.
 4        A     But, yes, it is a liability of the
 5   corporation to repay.
 6        Q     Let me lay a foundation here.
 7        A     Okay.
 8        Q     Is it known in your practice that in
 9   closely held entities there may be a situation where a
10   principal of that entity -- which for purposes of our
11   discussion we'll call a shareholder, whether it's a
12   corporation or not -- a shareholder may make a loan to
13   the corporation or some species of capital?  How is that
14   treated in your analysis, typically?
15        A     When a shareholder makes a loan to a
16   corporation or to an LLC, it would be treated as a
17   liability back to the shareholder, that is correct.
18        Q     And it would typically be unsecured,
19   correct?
20        A     I don't want to say.
21        Q     Maybe?
22        A     It could be unsecured.  Let me say that.
23        Q     It isn't inherently secured?
24        A     That's right.
25        Q     Okay.  And with regard to the treatment of
```

J. Michael Maddox
February 09, 2021

Page 23

1   those loans and liabilities, if there were amounts that

2   affected the loans and those loans were repaid, did you

3   make an analysis to determine that, in fact, that was the

4   case?

5           A      Again, this just did come to mind, so I

6   want to clarify what I said earlier.  I didn't have any

7   real discussion with Ms. Horak regarding that.  There

8   were maybe two or three transactions that -- I think one

9   was for $25,000 that was a payment out and then an

10  immediate deposit back that were netted out that -- and I

11  do remember that on her supporting documentation, and we

12  did see both sides of that transaction hit the bank

13  statements.  So from a standpoint of the work that we

14  performed, seeing it come in and go out, we assumed that

15  the supporting documentation was there.

16          Q      Did you make any analysis of situations

17  where Mr. Anderson may have taken, for lack of a better

18  term, I'm going to characterize it as distributions from

19  WL Alliance?  Are you familiar with the term?

20          A      Yes.

21          Q      What does that mean?

22          A      A distribution is when a member or a

23  shareholder takes money out of a corporation or an LLC or

24  a partnership.  It's the same as a dividend for a C

25  corporation.

J. Michael Maddox
February 09, 2021

1          Q       Now, insofar as it is going to Mr. Anderson

2   personally, is that also properly treated as compensation

3   or other forms of remuneration for the services he's

4   providing on behalf of the entity?

5          A       No, a distribution would not be treated as

6   compensation.

7          Q       Did you ever review any of the

8   documentation to see how that was being treated in

9   regards to payments to Mr. Anderson from WL Alliance,

10  whether it was repayment of a loan, some form of

11  compensation?  How was it annotated for tax purposes, any

12  of that?

13         A       No.  We agreed the amounts on her schedule

14  to the transactions and the supporting documentation.

15         Q       So you're satisfied as to the overall

16  detail in the transaction, but in terms of how those were

17  characterized or what their impacts were for tax or other

18  purposes, you didn't do that analysis?

19         A       That is correct.

20         Q       Overall, just describe the nature of the

21  corrections that you felt needed to be made with regard

22  to Ms. Horak's calculations that resulted in your final

23  overall summary that we're looking at here.  Just,

24  generally speaking, walk me through the spreadsheet here,

25  and tell me what items you had a hand in correcting and

J. Michael Maddox
February 09, 2021

Page 25

1    what the reason for those corrections was.

2          A     Sure.  And I detailed those in my report.

3          **Q     I understand that.**

4          A     I'm just saying I'll take them, if you

5    don't mind, in that order.

6          **Q     Feel free to do it however you like.**

7          A     Sure.  The first corrections were in column

8    B, which is the payroll information.  When we did our

9    testing tying out to the amounts that were -- whether it

10   be hours or the amounts paid, in her payroll detail we

11   noted some minor clerical errors in transcription.  They

12   may have been a transposition of a number, or there may

13   have been an extra zero on the end or not -- maybe not

14   enough digits.  They all appeared to be clerical errors,

15   and so we made those corrections.

16               Same thing on the hours reported, which is

17   the second item that we talked about there.  We noted

18   some minor clerical errors similar in nature related to

19   the payments that are reported in column E.  I can

20   remember one, for example, was reported as 300, and it

21   should have been 3,000, I believe is what it was.  So it

22   was a -- just left off a zero there by mistake.  So we

23   made that correction and others similar to it.

24               Then in the deposits, which would be column

25   F, to WL Alliance, I noted that there were two deposits

Page 26

 1   that were omitted there.  They were in January of 2019

 2   and March of 2019.  They were just erroneously left off

 3   there, so we made that correction.

 4               Then there was one payment to JJL

 5   Consulting in February of '19 that would have been in

 6   column H.  I'm sorry, I didn't bring my glasses today,

 7   and this is very small type.  So we included that

 8   deposit.

 9               And then, finally, we noted that there were

10   two columns in there where Ms. Horak calculated the

11   difference between the total payments that were received

12   and then the deposits to WL Alliance and made a

13   calculation of the 50 percent of that and included that

14   in the total.  That actually doubled up on those amounts,

15   and so we completely took those calculations out.  That's

16   why you saw a drop in the actual damage calculation from

17   our first to our second.

18               The majority of those, other than the

19   deposits in January and March and that last item I just

20   discussed, were very minor in nature and probably

21   wouldn't have made those adjustments because they were --

22   for example, the payroll, I believe, netted to the effect

23   less than $1,000.  So those being that minor, probably

24   wouldn't have proposed those adjustments.  But the two,

25   item iv there in my report and the vi, are the ones that

J. Michael Maddox
February 09, 2021

Page 27

1    resulted in the amendment.

2        Q      With regard to the column G, it says, per

3    diem amount Glenn to keep.  How was that determined?

4        A      That was a set amount of markup on the per

5    diem that was calculated based on the number of days that

6    were billed.  That's why we made the correction to the

7    clerical errors in the days and hours reported in the

8    payroll.  That doesn't really affect any other amount.

9    So it was the number of days times that markup, which I

10   believe was $50.

11       Q      Are you aware if that ever changed?

12       A      I don't recall it changing.

13       Q      Okay.  If it did change, you didn't know

14   about it?

15       A      I'm not going to say I did or I didn't.  I

16   don't remember anything about it.  At the time I did the

17   work, it very well -- I may have been aware of it.  I'd

18   have to look back at my report.

19       Q      It reflects a $50 a day contractor, but you

20   don't know the actual per diem pay of the life of these

21   calculations?

22       A      The actual per diem pay by whom?

23       Q      To the people on payroll.

24       A      We have that in the calculation, but it

25   wasn't part of the ultimate damage calculation.  So I

J. Michael Maddox
February 09, 2021

Page 28

 1   have that information.  I don't know it off the top of my

 2   head.

 3          Q      You agree with me, do you not, that per

 4   diem is properly -- the per diem in the contract for

 5   purposes of payroll is an expense paid to employees on a

 6   per diem that they had to be paid, correct?

 7          A      The per diem paid to the employees would be

 8   an expense, that's correct.

 9          Q      And there was an amount in the contract

10   covering that per diem with First Energy, or at least is

11   that your understanding?

12          A      Yes.

13          Q      With regard to the calculation of the

14   Walker payments, tell me how that -- what you compiled to

15   put that together.

16          A      We agreed -- she had a list, a supporting

17   list just like for payroll and for invoices and

18   collections of all the payments that were made.

19          Q      Those were the payments made to Walker from

20   the Bank of America account?

21          A      That's correct.

22          Q      All right.

23          A      And we agreed those to the activity in the

24   Bank of America accounts.

25          Q      Did you do any accounting or analysis of

J. Michael Maddox
February 09, 2021

Page 29

1    the expense side of the ledger on JJL or PTG?

2         A    I did not, no.

3         Q    So as you sit here, in view of the records

4    you have looked at in the course of your consultation

5    here, you don't have any information you can provide to

6    address the expense side on the other side of the

7    putative partnership here?

8         A    I was not provided any of that information,

9    and based on my understanding of the agreement, it would

10   not be relevant to the calculation.

11        Q    Why would it not be relevant to the

12   calculation?

13        A    Again, based on my understanding from

14   reading the complaint, talking to Walker and Ms. Horak

15   and their counsel, the agreement between parties was that

16   they would mark up payroll, invoice First Energy for

17   that, and then they would split the profits 50/50 on

18   payroll.

19        Q    Were you given an understanding as to how

20   that agreement was arrived at, memorialized, anything of

21   that nature?  Were you just provided those terms that

22   you've just described?

23        A    Those terms.

24        Q    You weren't given any documents showing

25   that agreement?

J. Michael Maddox
February 09, 2021

Page 30

```
 1       A     Other than some calculations of the profit
 2  split, no.
 3       Q     That was just provided to you, in effect, a
 4  narrative form of, this is the understanding, and use
 5  this as the basis for your calculations?
 6       A     In narrative form and in the complaint that
 7  was part of this litigation.
 8       Q     So whatever was set forth in the complaint
 9  is what you were relying upon in that regard?
10       A     Well --
11       Q     In terms of a written document.  Was there
12  any other written document?
13       A     No, no.
14             (Discussion off the record.)
15  BY MR. MEAD:
16       Q     We're going to be referencing Defendants'
17  Exhibit 7 from the Sheila Horak's deposition, and this is
18  a printout of that spreadsheet document.  Is that
19  familiar to you?
20       A     In form it's familiar, yes.
21       Q     Okay.  So this should be the updated
22  payroll and billable 2014-2019.  This has a number of
23  additional columns compared to your final.  As I
24  understand it, your final was prepared after the one that
25  was prepared in her deposition or before?
```

J. Michael Maddox
February 09, 2021

```
 1          A     After.
 2          Q     After?  In her first deposition or second
 3    deposition?
 4          A     I haven't looked at her deposition, but it
 5    was prepared after this one.  This appears to be the copy
 6    that we were provided to work from.
 7          Q     Okay.  So that was provided.  You did the
 8    work for your compilation in December or January?
 9          A     January, yes.
10          Q     And this was provided to you before, the
11    updated Exhibit 7?
12          A     That's correct.  I believe these are the
13    same numbers, yes.  I'd have to look to check.
14          Q     Walk me through in comparison with what you
15    provided in the corrections the things that are in error
16    on her spreadsheet that had those corrections that we
17    just discussed.
18          A     All right.  The columns aren't lettered
19    here, so bear with me.
20          Q     That's fine.
21          A     The first column you'll see payroll change
22    from 9,580,000 to 9,577,000.  So there were individual
23    amounts in there that we corrected that, again, like I
24    said, they were less than $1,000 a year, so we didn't
25    originally intend to -- and they were in favor of the
```

J. Michael Maddox
February 09, 2021

Page 32

```
 1   defendant, so we didn't originally intend to correct them
 2   or propose correcting them because of the immateriality.
 3             You'll see that column C on my final agrees
 4   to column -- the second column, the PTG invoice billed
 5   total.  The unknown billed agrees.  The payments from FE
 6   total, you'll see it changed from 21,607,000 to
 7   21,602,000.  So, again, those were some minor
 8   discrepancies that we noted in there that we corrected.
 9             The PTG deposits to WL Alliance went up
10   from 15,895,000 to 16,560,000.  Again, let me look at
11   annually, the first five years, 2014 through 2018, all of
12   those totals agree.  Then you'll see there is the
13   increase in 2019, which is a result of the two deposits
14   that are disclosed in my report that were not included
15   originally.
16             The per diem amount did not change.  Walker
17   payments to JJL Consulting, we reduced the column
18   description there a little bit just to make it fit
19   better, but it's the same information.  You'll see that
20   that went up slightly because, again, of a payment that
21   had not been included there.  That really doesn't factor
22   into the calculation anywhere, but just because we were
23   correcting everything else, we corrected that as well.
24             And then you'll see the Walker payments
25   column that we talked about earlier, and you'll see that
```

J. Michael Maddox
February 09, 2021

Page 33

1   those amounts are 2,291,000 on both of them.

2            And then you've got your 50/50 split per

3   payroll calculation, and that changed as a result of

4   these other changes here.  And then you've got the next

5   three columns on this report that you gave me for amounts

6   coming in the partnership.  There's a column of

7   amounts -- excuse me, amounts owed to Walker of money

8   coming into partnership.  And there's a column called

9   amounts not run through partnership, and then Walker's

10   half of that.  Those three columns came out because,

11   again, we identified that those were actually doubling up

12   on the original calculation because the original

13   calculation was already starting with the total payments

14   by PTG.  So we removed that from the calculation.

15            And then the final column is the amounts

16   owed to Walker column, which is the damages column.  And

17   the result is it went from that 7,025,000 down to

18   3,416,000, roughly.

19        Q    And, likewise, with regard to the

20   descriptions that appear below each of those column sums

21   and the description below them all, you didn't have any

22   input in providing that characterization at all?

23        A    No.

24        Q    That was Ms. Horak's or somebody else's, as

25   far as you know?

J. Michael Maddox
February 09, 2021

Page 34

 1        A     That is correct.  Give me one second to

 2   look at it real quick.

 3        Q     Sure.

 4        A     I don't believe it changed at all.

 5        Q     I'm just asking, you didn't have input in

 6   terms of the content of those descriptions?

 7        A     Well, that's what I want to look at because

 8   it looks like maybe the first column something was

 9   changed there, but I want to make sure that I'm speaking

10   correctly.

11        Q     We've already talked about your final.  I'm

12   asking about her updated.  Did you have any input on her

13   updated?

14        A     Oh, no, I had zero input on that.

15        Q     Okay.  Did you ever review any profit and

16   loss statements for this venture, enterprise, whatever

17   you want to call it, at the partnership level?

18        A     Other than the information that they

19   provided, which was an annual summary where she made some

20   calculations, no.

21        Q     Okay.

22        A     Those were Excel spreadsheets.  The actual

23   profit and loss statements out of a software package or

24   anything like that, no, we did not.

25        Q     Did you make any attempt to produce P&Ls at

J. Michael Maddox
February 09, 2021

1    a partnership -- when I say at a partnership level, do

2    you have an understanding as to what that phrase refers

3    to?

4         A    Yes.

5         Q    Can you describe it, please?

6         A    Well, a partnership level would be the

7    profit and loss statement of the partnership based on the

8    transactions that ran through the partnership.

9         Q    So we can be clear about this, because we

10   have several entities, and we have this allegation of a

11   partnership in this lawsuit.  I want to be clear about

12   what our terms of reference are.  You understand that we

13   have on the one hand PTG?

14        A    Correct.

15        Q    Which is Mr. Stuckey's entity?

16        A    Right.

17        Q    We also have JJL, which is also Mr.

18   Stuckey's entity?

19        A    Right.

20        Q    Which were involved in various stages of

21   this endeavor, I think it's fair to say.  Is that your

22   understanding?

23        A    Yes.

24        Q    And then, on the other hand, we have Mr.

25   Anderson, who had two entities as well, East Bay

J. Michael Maddox
February 09, 2021

Page 36

1    Commissioning and then eventually WL Alliance as a

2    separate entity.

3           A      That's my understanding, yes.

4           Q      Who had some involvement in all of this.

5    Now, it is not your understanding, if I understand what

6    you said so far, that the partnership was resting in WL

7    Alliance?  That's not your understanding, correct?

8           A      The partnership wouldn't rest inside either

9    partner.

10          Q      In other words, you're familiar that a,

11   quote, unquote, partnership can take a form of some other

12   corporate entity or vehicle if that is the desire of the

13   principals, correct?

14          A      That's correct.

15          Q      You could form an LLC, right?

16          A      Yes.

17          Q      You could form a corporation, right?

18          A      No.  Then you wouldn't have a partnership;

19   you'd have a corporation, but yes.

20          Q      But you could form a number of other types

21   of entity structures rather than whatever is contended

22   here, correct?

23          A      If the question is could you form -- yes,

24   two parties could form any type of legal entity that they

25   so chose.

J. Michael Maddox
February 09, 2021

Page 37

1        Q      Hypothetically?

2        A      Correct.

3        Q      If company A and company B agreed to form a

4   partnership and then formed a vehicle LLC C, which was

5   the vehicle for their partnership as described, you would

6   have an understanding of that in an accounting sense,

7   correct, that that is a vehicle for that so-described

8   partnership?

9        A      Yes.

10       Q      There was no such intermediate entity that

11   you're aware of in this case, was there?

12       A      No.

13       Q      So in terms of when we talk about

14   partnership-level accounting, you would have to review

15   all of the relevant accounting from both sides of the

16   entities involved in the putative partnership, correct?

17       A      Well, if you were going to be reviewing a

18   partnership financial statement, then yes, the -- well,

19   I'll just leave it there.

20       Q      Okay.  You laid the foundation where I'm

21   headed.  You do not have a partnership financial

22   statement, correct?

23       A      I did not review any produced financial

24   statements.  I reviewed the calculations that were

25   provided to me as engaged.

J. Michael Maddox
February 09, 2021

Page 38

 1        Q      As far as you know, are you aware if any
 2   such financial statements even exist?
 3        A      I'm not aware of any if they do.
 4        Q      Is it typical or normal that you would have
 5   financial statements to review for a putative venture in
 6   order to determine its value as a going concern?
 7        A      Could you ask that again?  I want to make
 8   sure I understand the question.
 9        Q      You provided some business valuation based
10   upon what Ms. Horak prepared, correct?
11        A      That's correct.
12        Q      After reviewing her calculations.  You did
13   not have any putative partnership financial statements to
14   review, correct, other than --
15        A      We did not have any internally generated
16   financial statements, and we didn't have financial
17   statements generated by any other accountant.
18        Q      Is it fair to say that this overall
19   summary, this is not a financial statement, is it?
20        A      It is a summary of the financial activity
21   of the joint venture or partnership or whatever name you
22   want to give it that we're dealing with.  So based on our
23   understanding of the agreement, then it has all the
24   components that would be necessary to make the
25   calculations we made.

J. Michael Maddox
February 09, 2021

1       Q       When you have a -- I'm going to separate

2   financial statements and profit and loss.  Do you

3   understand those to be two different forms of report?

4       A       Well, a profit and loss statement is a

5   financial statement.  A financial statement can be a

6   profit and loss, or it can be a full set of financials to

7   include a variety of different actual documents.

8       Q       Okay.  Fair enough.  From an accounting

9   standpoint and particularly from a business valuation

10  standpoint, what is the use -- or the things that a

11  financial statement and/or profit and loss in that

12  setting as you've described them, what is it that that

13  may provide you that is not provided by just the raw

14  data?

15      A       I don't know that I understand your

16  question.

17      Q       Well, you indicated that --

18      A       I want to make sure I understand it

19  correctly.  How's that?

20      Q       You are characterizing -- we were talking

21  about P&L or financial statements internally produced,

22  correct?  Those were your words?

23      A       Uh-huh.

24      Q       Is there value in having such a document

25  internally produced as a characterization or description

J. Michael Maddox
February 09, 2021

Page 40

1    by the entity, venture, participants, however you want to

2    characterize them?

3            A    There is value in having as much detail as

4    you can get.  However, it's not unusual in ventures like

5    this or small businesses to not have financial

6    statements.  Sometimes you go off of tax returns.  If

7    it's a small business, it may be handwritten ledgers of

8    the owners.  So you obtain the information that you can.

9    You obtain an understanding of how the entity operates

10   and ensure that you have what you believe to be the data

11   that's necessary to make the calculations that you're

12   making.

13           Q    In preparing a financial statement or

14   financial statement that may be a P&L, is it or is it not

15   the case that characterizations need to be made as to a

16   number of the entries gleaned from the raw data as to

17   where they fit within the whole P&L structure or their

18   financial statement?

19           A    I would agree, yes.

20           Q    Is there a value in having the principals

21   or the entity in a formal sense acknowledging or

22   characterizing how those things should be treated in

23   terms of what they intend as their business operation?

24           A    Yes.

25           Q    And you didn't have any of that?

J. Michael Maddox
February 09, 2021

Page 41

1         A      I had the understanding of the purpose for

2    the venture, how the profits split, the agreement on that

3    and from that determined that I had the information that

4    I needed to make the calculation that I made.

5         Q      And that was gleaned from the complaint and

6    Mr. Walker Anderson's descriptions of it to you; is that

7    right?

8         A      And Ms. Horak and -- yes.

9         Q      And Mr. Adams?

10        A      And counsel, that's right.

11        Q      But you did not have any acknowledgment or

12   statement from PTG with regard to the characterization of

13   the matters that you are accounting in the manner you set

14   forth in your report, did you?

15        A      No.

16        Q      You didn't have any acknowledgment or

17   characterization from JJL with regard to the matters that

18   you placed into your report based on what you said; is

19   that right?

20        A      No.

21        Q      And you did not have any characterization

22   or treatment of a similar kind from Mr. Glenn Stuckey in

23   preparing your report either?

24        A      No.

25        Q      And it is your understanding that this

J. Michael Maddox
February 09, 2021

Page 42

1    enterprise venture, putative partnership that's at issue

2    here, is a 50/50 one, correct?

3         A    That's correct.

4         Q    Is it, in your experience, possible to have

5    partnerships that are not on an equal basis?

6         A    Yes.

7         Q    I think we've gone through those points

8    fairly exhaustively.  Let's turn back to your report, if

9    we may, and moving back to your methodology where we had

10   kind of delved down a little bit.  The detailed

11   supporting schedules prepared by Horak, what do those

12   refer to?  I'm looking at page 3 in the methodology.

13   It's the last bulleted item.  It says there's detailed

14   supporting schedules.

15        A    Yes.

16        Q    What are those?

17        A    Well, we discussed that a little earlier.

18        Q    I know, but I just want to identify the

19   particular.

20        A    I'm sorry.  That was my preface.

21        Q    Sure.

22        A    Each of these columns that has detail such

23   as payroll, for example, payroll would have a detailed

24   listing supporting schedule that listed for each year the

25   payroll and per diem paid to each employee, and then it

J. Michael Maddox
February 09, 2021

Page 43

1    would total out, and we would agree -- make sure before

2    we started testing those detailed schedules that they

3    agree to the amounts that were on her summary.  And then

4    you proceed with validating the information that is on

5    the supporting schedule.  So you have a schedule of

6    payroll for that column.  For the invoiced amount you

7    would have a listing of invoices that would total out and

8    agree to that summary.  For payments received you would

9    have a listing of payments received that would agree to

10   her summary and so on.

11        Q    Okay.  When you made the corrections that

12   you made between her updated and your final summary that

13   we've been examining in the spreadsheet, did you rely

14   upon the numbers in the supporting schedules, or did you

15   go back and look at the detail that supplied those

16   supporting schedules in order to make those corrections?

17        A    That's what that last bullet point is

18   saying is that once we -- up top where we talked about

19   obtaining that information, that calculation and

20   supporting schedules, we then compared that to supporting

21   documents, which would be timesheets, remittance advices,

22   invoices, things of that nature.

23        Q    Okay.  Again, going back to our list on the

24   documents you were relying on at page 7.

25        A    Okay.

J. Michael Maddox
February 09, 2021

Page 44

1           Q       Some of this detail you were just

2     describing.

3           A       Right.

4           Q       So you've got the payroll reports and

5     timesheets we talked about, invoices, payment receipts

6     from Burns & McDonnell, payment receipts from First

7     Energy Corp., WL's bank statements from Bank of America

8     for '14 through '19.  Then we get to PTG and WL

9     Alliance's income tax returns.  What matters or

10    information did you glean from the income tax returns for

11    purposes of your analysis?

12          A       Very little.

13          Q       Okay.  Did you have any conversation with

14    Virginia Shelby, the tax preparer for those tax returns,

15    or I should say for WL Alliance?

16          A       I did not.  I did review her deposition,

17    but I did not have any conversations with her.

18          Q       All right.  And, likewise, with regard to

19    East Bay Consulting, did you glean anything from that?

20          A       From what now?

21          Q       East Bay Consulting, did you glean anything

22    from that for your report?

23          A       No.

24          Q       And then Mr. Anderson's individual income

25    tax returns.  Is it your understanding that WL was an

J. Michael Maddox
February 09, 2021

Page 45

1    S-elected LLC?

2         A    I would have to look back at the tax

3    return.  Again, I didn't get much information out of

4    those.

5         Q    I'm not going to do a tax audit on you.

6              Then the last point you have is Duff &

7    Phelps Cost of Capital Navigator.  What is that?

8         A    Duff & Phelps is a subscription-based

9    service that we use in the valuation world to obtain a

10   lot of the information that I use to develop my discount

11   rate, things such as the equity risk premiums, betas for

12   different industries, things of that nature that you use

13   in preparing a discount rate to then capitalize a stream

14   of cash flows to come to a value of a business

15   enterprise.

16        Q    I would like to now begin to explore some

17   of those questions --

18        A    Sure.

19        Q    -- in regards to your report, particularly

20   as it regards some of those underlying -- first of all,

21   let me ask a little bit more about Duff & Phelps.  What

22   is it that it is relying upon to determine those points

23   you've just mentioned?

24        A    Empirical studies of results of --

25   financial results of different industries from -- don't

J. Michael Maddox
February 09, 2021

Page 46

1    quote me on the dates, but back from, I think it's 1926

2    forward.  And there are different years, different

3    parameters depending on the item you select.

4         Q    Describe for me, if you will, what items in

5    your report that were used to determine for purposes of

6    the valuation that you arrived at.

7         A    Sure.  As I said, that was used to --

8         Q    I should say your actual -- we're not going

9    to get into discounted present value yet.  I want to talk

10   about your actual -- your foundational calculations.  Or

11   do you just start off with the numbers from Ms. Horak's

12   spreadsheet and then we're directly into the net present

13   value?  How did that work?

14        A    What you do as a valuator is you identify

15   an appropriate stream of cash flow to capitalize for a

16   business.  In the case of this one, yes, it comes off of

17   our revised spreadsheet that we used from making

18   corrections to Ms. Horak's.  So that is the stream of

19   cash flow that was being generated by this venture.  And

20   then you come up with an annual cash flow amount, and you

21   capitalize that based on a -- on a capitalization factor

22   that takes into account the level of risk that an

23   investor would be willing to accept in a venture of that

24   nature as opposed to a risk-free Treasury bond rate.  The

25   Duff & Phelps Navigator, we use that as a tool to build

J. Michael Maddox
February 09, 2021

Page 47

1    up that risk factor.

2        Q    Okay.  And what is the relationship between

3    the risk factor and the ultimate value determination?

4        A    You take the cash flow stream, and you

5    capitalize that cash flow stream using that risk factor.

6    For example, if I'm willing to accept a level of risk of

7    20 percent to invest in a particular entity, then I'm

8    going to expect a 20 percent return on my investment.  So

9    the value of that to cash flow stream to me is the cash

10   flow stream divided by that risk factor.

11       Q    Okay.  In effect, the higher the risk

12   factor you calculate, the higher the present value of

13   that enterprise you determine as part of your analysis;

14   is that right?

15       A    I believe it's just the opposite.

16       Q    Okay.

17       A    I have to think through it.

18       Q    I want to understand.  We need to make sure

19   we can put this into layman's terms.  Most people

20   understand that risk is a proportion of reward.  On the

21   other hand, it's also a proportion of loss, right?

22       A    That's right.

23       Q    So how does that play out in terms of

24   determining from what you can see in terms of numbers

25   that have been generated to what you are projecting?

J. Michael Maddox
February 09, 2021

Page 48

1          A       How does it play out?  I don't --

2          **Q       You've told me the mathematical**

3   **calculation.**

4          A       Right.

5          **Q       I want you to describe why that is for**

6   **valuation purposes.**

7          A       Why that is?

8          **Q       Yes.**

9          A       Again, the riskier an enterprise, the

10  higher the rate of return I'm going to expect as an

11  investor to receive in proportion to that.  If I'm

12  putting money -- if I'm investing in minimal-risk

13  Treasury bonds, I'm willing to accept a minimal return.

14  If I'm investing in a riskier industry, then I'm going

15  to -- as an investor I expect a higher return.

16         **Q       Okay.  But how does that expectation as**

17  **opposed to the realization of risk factor into the**

18  **valuation?  You're talking about expected value.  I'm**

19  **talking about how you determine the actual value of the**

20  **business as a going concern as opposed to the expectation**

21  **of any given --**

22         A       You determine the risk factor associated

23  with that business and that industry, and you capitalize

24  the cash flow stream that is being generated by that.  So

25  the lower the cash flow stream, the lower the value of

J. Michael Maddox
February 09, 2021

Page 49

1    the business.  If it's generating a higher cash flow

2    stream, then higher the value.

3          **Q        What were the factors that you analyzed to**

4    **determine what that risk factor should be in this**

5    **instance?**

6          A        You start with the -- again, I go back to

7    the Treasury bill.  You start with the risk-free rate is

8    what it's called, and that is the Treasury bill rate as

9    of the date of the calculation.  You then add an equity

10   risk premium, which is the -- again, determined by the

11   empirical studies that we rely on, the Duff & Phelps

12   service to provide for us for this particular industry.

13   You pick the SIC code or NAICS code.  I'm sorry.  Am I

14   not --

15         **Q        No, no, go ahead.**

16         A        So you tack that onto the risk-free rate.

17   And then you have a beta, which is, again, an adjustment

18   for risk that you make an adjustment for.  And then you

19   have a specific -- you have an industry risk association

20   that you add.  And then you have a specific company risk,

21   which is a judgmental risk that you add in there based on

22   how -- different factors.

23         **Q        Okay.  And what is the beta that you**

24   **described?**

25         A        Are you asking for the beta --

J. Michael Maddox
February 09, 2021

Page 50

1          Q      In this particular instance what goes into

2     factoring the beta?

3          A      The beta is a calculation of the industry

4     variation in stock prices, the volatility.

5          Q      How is that different than the industry

6     classification that you described as another component?

7          A      It is just simply a different factor in

8     the -- there's a volatility factor, and then there's a

9     factor of -- for example, let's back up.  You have your

10    risk-free rate Treasury bonds.  You add a stock premium

11    for investing in -- if I was an investor that was going

12    to invest in the stock market overall, we add that risk

13    factor in there.  Then we have the beta that is related

14    to the industry that we select, which is for volatility

15    in stock prices over the years.  And then you have the

16    industry risk factor that is, again, based on the

17    difference between the overall stock market and the

18    industry that you chose.  Does that make sense, a little

19    bit?

20         Q      That makes sense.  So if I understand your

21    method in the way you described it, everything that

22    transpires from that point is primarily based on cash

23    flow in terms of the nature of the business, but the

24    whole calculation of risk is premised upon there being

25    some decision to place capital at risk to give an

J. Michael Maddox
February 09, 2021

 1    expectation of the return one would want to accept that

 2    risk?

 3            A    That is correct.

 4            Q    So it hinges then upon the capital invested

 5    as well as the cash flow in the enterprise in which

 6    they're going to invest?  Those are components of what

 7    you're talking about?

 8            A    Yes, if I understand you correctly.

 9            Q    That's fine.

10            A    Yes.

11            Q    Forgive me, but can you identify where Mr.

12    Anderson invested any capital in this enterprise?

13            A    No, I didn't, wasn't engaged to do that,

14    no.

15            Q    Okay.  Do you agree that it would make a

16    difference as to how much capital he did invest in this

17    enterprise?

18            A    Not in valuing the future cash flows of the

19    venture, no.

20            Q    You just said that the risk premiums

21    associated with it are based upon capital investment.

22            A    They're based upon the level of risk an

23    investor is willing to place on that capital.

24            Q    Okay.

25            A    Whether that capital is a dollar or whether

J. Michael Maddox
February 09, 2021

Page 52

1    that capital is a million dollars.  So to try to tie it
2    to the investment that an investor initially makes into a
3    business -- you can look at Apple Computer that started
4    in a garage.  There wasn't that much at risk.  And then
5    the company grew.  And so the valuation factor that you
6    would consider today would not be in any way related to
7    the initial capital investment.  It would be related to
8    what an investor is willing to put in to get a return.
9         Q    So, effectively, if I'm understanding you
10   correctly, if the level of risk is low, your future
11   returns in your calculation of valuation would be low;
12   and if the level of risk is high, it would be higher, or
13   am I getting it wrong?  Is it the other way around?
14        A    The cash flow stream and the level of risk
15   you're willing to accept has nothing to do with each
16   other.  A risky business may generate a lot of cash flow;
17   it may generate a little bit of cash flow.
18        Q    My question is, you have a cash flow.
19   You're telling me, as I understand your method, you can't
20   just look at the cash flow to determine valuation; you
21   have to include this risk assessment based on these
22   factors, and you're using Dunn & Phelps, and I take it
23   that's standard in your industry; is that correct?
24        A    That's correct.
25        Q    So you're using these risk factors that are

J. Michael Maddox
February 09, 2021

Page 53

1    involved in the calculation.  What I'm trying to
2    understand is, what is it about the risk factors that
3    makes it necessary to incorporate those as opposed to
4    just the projected future cash flows if that's what
5    you're focusing on?
6            A     Let me give you an example.
7            Q     Please.
8            A     Take a public utility that is relatively
9    low risk, maybe generating -- let's pick a number --
10   $3 million a year in cash flow.  Take an oil and gas
11   exploration company that today may be generating
12   $3 million in cash flow.  If you are making a decision on
13   which one you're going to invest in, you're going to
14   require a higher rate of return out of the oil and gas
15   industry than you are out of the public utility, so
16   you're willing to invest -- either you get a larger
17   reward, which is the risk factor, for every dollar that
18   you put in over here or -- you follow me?
19           Q     I do.
20           A     Okay.
21           Q     Yes.  So where did the risk factor that you
22   computed for this valuation, where did that fall in
23   something like that spectrum?
24           A     It's roughly 19 percent, I believe.
25           Q     Nineteen percent is what you calculated as

J. Michael Maddox
February 09, 2021

Page 54

 1    the risk?

 2             A    Yes.

 3             Q    What, for instance, would be a typical --

 4    as you indicated, your example is a public utility.  At

 5    the same cash flow, what would be the risk factor

 6    typically associated with that type of --

 7             A    I didn't undertake that.  I wasn't engaged

 8    to.  I really can't tell you.  Again, you can look at the

 9    way the build-up method works.  The example I used was a

10    great example or what I consider a good example is the

11    investment -- the return that you expect to invest in an

12    entity in this industry of this nature, in my opinion,

13    would be around the 19 percent, whatever I calculated.

14    I'd have to look at my report.  But the risk factor that

15    I would be willing to -- that I would require out of

16    Treasury bonds would be 1 percent.  So, again, it would

17    be somewhere between that 1 and that 19.  Without

18    undergoing that calculation, I can't tell you where

19    between there it would fall.

20             Q    Is it or is it not true that there are

21    underlying assumptions in regards to your valuation that

22    go into your determining how you're going to assess these

23    various factors; is that right?  And we'll get into

24    details about them, but is that basically generally true?

25             A    Yes.

J. Michael Maddox
February 09, 2021

Page 55

1          Q          What assumption, if any, did you have with

2     regard to the continuation of this business as opposed to

3     its ceasing?

4          A          Well, we were engaged to prepare two

5     different calculations, one being assuming a five-year

6     maturity of the business after the date of valuation and

7     one being calculating it on a going concern basis, which

8     means that the business is expected to continue.

9          Q          What ground did you have to believe that it

10     would continue for five years?  Were you given any basis

11     for that assumption?

12          A          No.  I was engaged to make a calculation

13     based on that, and that's what I did.

14          Q          So the term of continuation was something

15     that you were simply given to assume?

16          A          That's correct.

17          Q          Who gave that to you?

18          A          That came from a discussion with the

19     attorneys for Walker and Walker.

20          Q          Did Mr. Anderson give you that figure, or

21     is that from the counsel?

22          A          That was just a discussion of what period I

23     was going to calculate it on.  To tell you who actually

24     arrived at that number, I have no recollection of that.

25          Q          As you sit here today, can you tell me if

J. Michael Maddox
February 09, 2021

Page 56

 1    there were any factors that went into determining whether

 2    five years made sense in this context on the basis of any

 3    facts that you were asked to rely on?

 4          A    No.  We just -- that's what I was asked to

 5    calculate.

 6          Q    Similarly, with regard to an assumption

 7    that the business would continue indefinitely as a going

 8    concern, is that a fair characterization of the other

 9    option you prepared?

10          A    It's fair.  I mean, nothing is indefinite,

11    but yeah.

12          Q    We all die.  I understand that.  Absent

13    some denominated terminal date, the going concern value

14    is based on some indefinite continuation, correct?

15          A    Yes.  You basically take that five-year

16    period -- in all honesty, that's probably where the

17    five-year period came from.  You typically, in

18    calculating a going concern basis, you discount back the

19    present value for the five succeeding years, or you

20    select three, five, however many, and then you calculate

21    a terminal value for that terminal period and discount it

22    back.

23          Q    And there's a relationship between the

24    number of years and the discount rate, if I'm

25    understanding you correctly?  At something like 19

J. Michael Maddox
February 09, 2021

1    percent you would work out to be about --

2         A    You use the same discount rate as you use

3    for the -- there is a relationship between the discount

4    rate and the capitalization rate, correct.

5         Q    Were you given to understand the terms

6    under which the underlying business could cease outside

7    of control of Mr. Anderson, WL Alliance, any of his

8    entities or any of Mr. Stuckey's entities?

9         A    No.

10        Q    You were not given to understand anything

11   with regard to the fact this could just go away?

12        A    No.

13        Q    You weren't asked to provide an analysis of

14   that risk calculation if this could simply -- if this

15   whole business arrangement, from the standpoint of the

16   ultimate customer, could simply cease overnight?

17        A    No, I wasn't.

18        Q    Are you familiar with what we call at-will

19   type contracts or relationships?

20        A    Yes.

21        Q    Tell me your understanding of at-will.

22        A    An at-will contract, for example, could be

23   terminated at will by either party, typically, or -- yes.

24        Q    If you had an at-will contract and it can

25   be terminated by any party at any time, that does present

J. Michael Maddox
February 09, 2021

1    a different situation as opposed to having a firm, say,

2    five-year term for those services, correct?

3        A    That's correct.

4        Q    Are there different risk allocations

5    associated with that?

6        A    The risk factor that we calculate to do a

7    valuation would not change.  I say that.  I don't believe

8    it would change.  I'd have to look at -- it would depend

9    on the terms of the contract, so I would need to look at

10   that.  However, I don't know that that impacts what I've

11   been engaged to calculate.

12       Q    What if it was a ten-year contract?

13       A    Again, I was engaged to make a calculation

14   for a period of years, so it would not impact that.

15       Q    The reason I'm asking is because you were

16   not given any assumption one way or the other, and I'm

17   asking if it makes a difference if it was at-will, a firm

18   five-year contract or a firm ten-year contract in terms

19   of the valuation of that stream of income you're using to

20   valuate a business?

21       A    If you had a firm written contract to

22   evaluate, then it could make a difference, yes.

23       Q    Did you have an understanding when you made

24   this calculation that this was an at-will arrangement?

25       A    No.

J. Michael Maddox
February 09, 2021

Page 59

1        Q      And you had no other understanding with

2    regard to the underlying contracts with the vendor that

3    generated this stream of income?

4        A      No.

5               MR. MEAD:  Why don't we take a break.

6               (Recess 12:15 p.m. until 12:22 p.m.)

7    BY MR. MEAD:

8        Q      Mr. Maddox, you had described this range of

9    risk premiums, and I believe you kind of set a floor at

10   the Treasury rate, Treasury bill rate?

11       A      That's right.

12       Q      What is that currently in terms of the

13   calculations you're looking at?

14       A      What is the Treasury rate?

15       Q      Yeah.

16       A      You select a 10-, 20-year T-bill rate as of

17   the date of your calculation.

18       Q      Do you have a sense of what it was as of

19   the date you were making the calculation in your amended

20   report, give or take?

21       A      I don't.  It's 1 or 2 percent range, but

22   it's low.

23       Q      You prepared these two calculations, one,

24   the five-year valuation -- and I'm looking at 3 and then

25   carrying over to 4 in your report.  I'm looking at the

J. Michael Maddox
February 09, 2021

Page 60

1    narrative, but you can look at whichever you want.  That

2    was based on, as I believe you have said, the 19 percent

3    or thereabouts?  What was it?

4          A    It was actually 20.3 percent.

5          Q    20.3 percent.  That's the 20.3 percent

6    discount rate?

7          A    Right.

8          Q    And so, if I understand your testimony

9    correctly, if this was -- this was just a set of T-bills,

10   you'd be applying a 1 to 2 percent discount rate; is that

11   right?

12         A    That's correct.

13         Q    For purposes of a hypothetical here, if we

14   were to value this same thing at the T-bill rate, what

15   would the valuation be on a five-year basis here?

16         A    I would have to go through, calculate the

17   numbers.  I couldn't tell you.

18         Q    Well, can you do that?

19         A    It might take me five or ten minutes.

20         Q    We can go off the record.  I want to get

21   a -- we don't have to get down to, you know, cents but,

22   you know, a figure that would be -- a realistic figure

23   that would reflect that 1 to 2 percent discount rate

24   based on the underlying data that you used at that 20.3

25   percent.

J. Michael Maddox
February 09, 2021

Page 61

```
 1         A      Give me a -- 1, 2 percent?  You choose.
 2         Q      Call it 2 percent.  We'll just make it
 3   easy.
 4         A      All right.  And this is going to take a
 5   minute.  Actually, I can't do it sitting here without
 6   having -- because you've got to calculate the discount --
 7   the present value factor is affected by that discount
 8   rate as well, and I'd have to have the formula for that.
 9         Q      Just in general terms, how would the
10   present value rate be affected?
11         A      Well, you're discounting something at a
12   rate, so you're taking year five and discounting it back
13   to today based on the rate of return that you're looking
14   at.
15         Q      Right.
16         A      So, for example, if you were investing in a
17   certificate of deposit, the value of that five years from
18   now is greatly different than if you're investing in a
19   stock.
20         Q      The stock could grow or lose in value, and
21   the CD, we pray, will remain relatively stable?
22         A      Right.  Just the rate of return is
23   different.  So the discount back to present value is
24   different.  Just like the inverse, a loan, if you get a
25   loan at 4 percent versus 8 percent, you end up paying
```

J. Michael Maddox
February 09, 2021

Page 62

1    more over the period of the loan for the 8 percent rate.

2    So you'd have to calculate the discount factor back.

3         Q      So as you sit here, you cannot actually

4    duplicate the --

5         A      No, sir, not within the next 30, 45

6    minutes.

7         Q      We're not going to belabor our time because

8    we're not paying you to do that.

9         A      Right.

10         Q      I just wanted to know.  But it is true, is

11    it not, that that number would be substantially less?

12         A      Oh, yes.

13         Q      And the similar response would be true for

14    the going concern value at that 2 percent discount rate

15    would be substantially less than the 1.6 million you

16    calculated here at 20.3?

17         A      Yes.

18         Q      Is there a difference in terms of the

19    discount rate you applied for five-year versus going

20    concern basis?

21         A      No, because the rate itself is a factor of

22    the risk associated with the business.

23         Q      And your report and your understanding

24    accurately reflects the assumptions that go into, in a

25    narrative sense, those determinations of the appropriate

J. Michael Maddox
February 09, 2021

Page 63

```
1   risk factor?

2        A      Say that again.

3        Q      Your report, in a narrative sense, reflects

4   the factors that go into calculating those risk factors

5   to get to the numbers that you calculated in your

6   numerical calculation?

7        A      Yes.  I didn't go into great detail.  I

8   described it generally.

9        Q      Correct, correct.  In looking at your

10  going-concern value, everything -- or very similar, I

11  think.  Is it fair to say that everything down to the

12  discounted annual cash flow is very similar to the

13  five-year calculation in terms of what you describe in

14  your bullet points of the procedures performed?

15       A      I believe so.  Let me look at what I

16  described here.  It should be.  The only difference is

17  adding the terminal value after that --

18       Q      That's the capitalization rate?

19       A      That's the capitalization of that --

20       Q      Tell me a little bit about terminal value

21  cash flows and the appropriate capitalization rates.

22  What are those things?  I can break it down.  Let's just

23  talk about terminal year cash flows.  What does that

24  mean?

25       A      That's just the -- again, for a reasonable
```

J. Michael Maddox
February 09, 2021

Page 64

1   period -- five years is what we selected here -- you

2   discount back the cash flows, and then you calculate a

3   terminal value what those cash flows would be worth in

4   that terminal year and discount that back.  So it's

5   basically the same thing without the discount being

6   applied.

7          Q     It says that the capitalization rate is

8   formed from subtracting the sustainable growth rate from

9   the discount rate.  I think we talked about the discount

10  rate.  That's the 20.3 percent, correct?

11         A     That's right.

12         Q     What is the sustainable growth rate?

13         A     That's the rate that you can expect the

14  company to reasonably realize in growth over the period

15  of however many years you factor in here.  For purposes

16  of this valuation, we used a sustainable growth rate of

17  zero.

18         Q     Which means it would not grow or what?

19         A     We didn't assume any growth.

20         Q     Okay.  So that meant that the discount rate

21  is applied without any deduction?

22         A     That is correct, yes.  And your sustainable

23  growth rate is usually tied pretty closely to inflation.

24  Inflation is a minimal amount, so we just elected to use

25  zero.

J. Michael Maddox
February 09, 2021

Page 65

1        Q       You also say that a steady stream of cash

2   flows was selected as the appropriate cash flow stream.

3   What are your options in terms of those selections that

4   you selected the steady stream of cash flow from?

5        A       Well, we selected the cash flows coming out

6   of this particular venture that were determined on our

7   damage calculations.

8        Q       Maybe I misunderstood your statement, so

9   let's be clear we're talking apples and apples before you

10  go off on a lovely dissertation, I'm sure it's going to

11  be.  You say, as a steady stream of cash flows was

12  selected.  Is that a different method of steady stream of

13  cash flows than some other method, or what is that?

14       A       Where did I say it?  Let me read it.

15       Q       It's on page 6.  It's the second bullet

16  point down, the third sentence.  As a steady stream of

17  cash flows was selected.  Is a steady stream of cash

18  flows a method or a factor different than some other

19  factors you select between?

20       A       Well, yes, because in a lot of cases these

21  years one through five in a valuation, you may include

22  projected cash flows from a business that is in a growth

23  period.  So because we weren't using any growth, we were

24  using zero growth and using a steady stream of cash flows

25  over that five years, you wouldn't then reduce that

 1   discount rate by an assumed growth rate.

 2        Q     In looking back at your overall summary

 3   that you prepared after correcting figures from Ms.

 4   Horak's compilations, did you do any volatility analysis

 5   of these income streams to determine whether or not there

 6   were any -- excuse me.  I should say, is volatility a

 7   factor that can play into the calculation of the

 8   valuation that you're doing?

 9        A     Volatility can play into a valuation, yes.

10        Q     Did you perform any volatility assessment

11   to determine if that would significantly affect the

12   valuation involved here?

13        A     No, because what we were doing was valuing

14   the present value of the stream of cash flows that we had

15   determined here.

16        Q     When you were projecting the future cash

17   flows, did you incorporate any volatility figure in terms

18   of what those future cash flows might be?

19        A     We didn't project future cash flows.  We

20   used historical cash flows, historical average cash flows

21   for that.  You'll see that it's the same for all five

22   years of that period that's in there.

23        Q     So you're averaging over the period, and

24   that has, I presume, some sort of implicit volatility or

25   addresses it in that manner?

J. Michael Maddox
February 09, 2021

Page 67

```
 1        A      Right, right.
 2        Q      So when you said you were looking at -- you
 3   were not projecting future cash flows, can you explain
 4   that answer?  And in fairness, we were talking about the
 5   going concern portion.  However, in the five-year
 6   portion, you talk about projected future cash flows.  So
 7   describe for me what is different in that regard because
 8   you said you weren't projecting cash flow.
 9        A      No, we were using historical cash flows for
10   that five-year period going forward, projected period
11   going forward.
12        Q      Okay.
13        A      If it's a sophisticated entity, say a
14   publicly traded entity or a large corporation that has a
15   history of accurately projecting cash flows going
16   forward, then you may rely on their cash flow projections
17   to perform that analysis.  However, we didn't do that.
18        Q      Okay.  I'm going to get into some of the
19   other points in your report that we haven't touched on.
20        A      Okay.
21        Q      You note in -- this is at page 2.  With
22   regard to item little Roman numeral vi, it says you noted
23   Horak's calculations of damages included a calculation
24   for amounts not run through partnership.  In what regard
25   was that characterization determined, if you know?
```

J. Michael Maddox
February 09, 2021

Page 68

1          A      The characterization amounts not run

2    through partnership?

3          **Q      Yeah.**

4          A      Where you see those quotations, I was

5    referring to the title of a column on her spreadsheet.

6          **Q      What she had put in the spreadsheet?**

7          A      That's right.

8          **Q      Okay.  So apart from identifying it in that**

9    **way as to what she had put in her spreadsheet, you do not**

10   **have any opinion or basis upon which to say that was an**

11   **accurate, inaccurate or other characterization of those**

12   **figures; is that true?**

13         A      Well, that's not necessarily true.  That

14   amount was a calculation of the difference between the

15   total receipts from FE and the amounts that were

16   deposited.

17         **Q      With WL Alliance?**

18         A      Right.  With respect to whether it's

19   accurate, that number would be accurate or not, it was

20   that column -- column A minus column B, but it was

21   irrelevant to the calculation, so it was removed.

22         **Q      All right.  Why was it irrelevant to the**

23   **calculation if you're valuing a partnership?**

24         A      Because those receipts had already been

25   taken into account.  What happened was she identified in

1    her spreadsheet -- if I can have a copy of that again.

2        **Q    Sure.  To be clear, we're looking at the**

3    **spreadsheet printout of Exhibit 7 from Ms. Horak's**

4    **continuation deposition?**

5        A    Yes.  And give me just a minute to

6    refamiliarize myself with the columns and to focus my

7    eyes.

8        **Q    Take your time.**

9        A    Yes.  There are two columns here, payments

10   from First Energy.

11       **Q    Yes.**

12       A    And in each instance TL stand for total.

13   Then there's PTG deposits to WL Alliance.  You'll see

14   that there's a difference between the 21 million and the

15   15 million in those two columns.  And what she was doing,

16   because she discovered that there were more payments

17   received related to this venture than were actually

18   deposited in WL Alliance, she was calculating that as an

19   additional amount that would be due and then calculating

20   the 50 percent that would be due to Walker.  However,

21   because her calculations of this original -- normal split

22   started with the larger number, the payments from FE,

23   effectively they were already included in that

24   calculation.  So we removed those so that we wouldn't

25   double up on those.

J. Michael Maddox
February 09, 2021

Page 70

1          Q      Okay.  With regard to your

2    characterization -- I shouldn't say.  With regard to your

3    statement regarding the characterization of the words in

4    quotes in that subsection lower Roman numeral vi, all of

5    those figures in quotes are, again, simply the

6    characterization of those columns that Ms. Horak prepared

7    and not your characterizations, correct?

8          A      That is correct, yes.

9          Q      You did not come to an independent

10   understanding of those characterizations apart from what

11   had been put in those columns other than your review of

12   the detail that went into the numbers in those columns?

13         A      And my conversations with Ms. Horak,

14   Walker, everybody, yes.

15         Q      You say everybody, but not Mr. Stuckey?

16         A      Everyone I named earlier.

17         Q      Were you given any information from Mr.

18   Anderson, Ms. Horak -- correct me if I'm wrong, but I

19   think you said you read Ms. Shelby's deposition but did

20   not speak with her; is that right?

21         A      That's correct.

22         Q      So either from Ms. Shelby's deposition,

23   from Mr. Anderson, directly or otherwise, or Ms. Horak,

24   did you come to any understanding as to any changes in

25   the expense structures that were being incurred on the

J. Michael Maddox
February 09, 2021

Page 71

```
1    PTG or JJL side with regard to the First Energy work?
2         A    I did not, no.
3         Q    So if they changed, you wouldn't know about
4    it?
5         A    No.  I mean, the understanding of the
6    venture and the way they would split profits wouldn't
7    have anything to do with either the expenses that JJL or
8    any of Stuckey's companies would incur.  And we did not
9    also include any of the ones that Walker incurred in
10   addition to the payroll side of it and the per diem.
11        Q    Well, if you're analyzing things at a
12   partnership level, don't you have to include all the
13   expenditures to determine the profits?
14        A    Not if your agreement is that you'll split
15   the profit on payroll based on the billings less the
16   payroll and the per diem that Stuckey's corporation would
17   keep.
18        Q    Well, that's something -- I'm not going to
19   ask you for a legal opinion.  Have you ever seen a
20   partnership denominated in that way?
21        A    I've actually been involved in ventures
22   that are denominated that way.  We often do -- for
23   example, a CPA firm will do a joint venture with another
24   firm that, because maybe we're not independent and can't
25   do a piece of work, they do their piece, we do our piece.
```

J. Michael Maddox
February 09, 2021

Page 72

1    We agree on how we're going to split the total fee.  And

2    whatever expenses I incur, whether it's travel, whether

3    it's production of documents, whatever it is do not come

4    into play with how we split the fee.  So, yes, I have

5    seen that, and I've seen it in other entities as well.

6         Q    Do you understand that there is a

7    difference between splitting a fee and a partnership?

8         A    There is a -- a partnership can be split at

9    any different level.  Again, I was not engaged to define

10   this as a partnership, a joint venture or anything else.

11   So that's something that will have to be litigated.

12        Q    I understand.

13        A    I was engaged to review these calculations

14   and opine on those and prepare some valuation

15   calculations.

16        Q    But, again, my question is, do you have an

17   understanding that there is a difference between a

18   partnership and a splitting of a fee?

19        A    There can be, yes.  Again, it all comes

20   down to the partnership agreement or the joint venture

21   agreement.  Whatever the agreement of the two parties is

22   defines the level at which you determine who gets what.

23        Q    And you have not asked to examine or to

24   opine with regard to the nature of that agreement other

25   than what you were given?

J. Michael Maddox
February 09, 2021

Page 73

```
 1        A     That is correct.
 2        Q     Is there any other scope of evaluation or
 3   examination that you have been engaged to conduct in
 4   regards to this litigation other than what is reflected
 5   in your report and what you testified to here today?
 6        A     Nothing that I've been engaged to do, no.
 7        Q     And, similarly, are there any opinions
 8   relative to this litigation that you have provided or
 9   have arrived at other than what is reflected in your
10   report and in your testimony here today?
11        A     No.
12        Q     Are there any opinions that you would be
13   prepared to give at trial that you have arrived at during
14   the course of this deposition here today based upon my
15   questions or any of the factors or issues we've looked
16   at?
17        A     I don't believe so, no.
18              MR. MEAD:  I believe those are my
19        questions.  I'll tender the witness.
20                     CROSS-EXAMINATION
21   BY MR. ADAMS:
22        Q     Briefly.  Mr. Maddox, as you know, my name
23   is John Adams.  I represent the plaintiff.  Just a few
24   questions to follow up on Mr. Mead's questions.
25        A     Sure.
```

J. Michael Maddox
February 09, 2021

Page 74

1        Q      Did you review a large amount of data from

2    2014 to 2019 which evidence some relationship with WL

3    Alliance, Precision Testing and JJL Consulting?

4        A      Yes, I did.

5        Q      And you touched on this, but did you use

6    generally accepted accounting procedures to test or check

7    out that data?

8        A      I performed them in accordance with our

9    professional standards for litigation support services,

10   yes.  Generally accepted accounting principles really

11   refers to the generation of financial statements, so I

12   don't want to misspeak on that.

13       Q      Thank you.  The standards you use are

14   standards commonly accepted for your engagement?

15       A      Yes.

16       Q      I just misspoke as to which standards?

17       A      Right.

18       Q      Okay.  You were asked a question or a

19   couple of questions by Mr. Mead about columns on a

20   spreadsheet.  We've talked about that spreadsheet.  The

21   information that was on that spreadsheet -- forget about

22   what the columns were named -- that's the information you

23   testified that you tested pursuant to your accepted

24   procedures?

25       A      Yes.  The information on the initial

Page 75

1   spreadsheet is what we tested.  The information in the
2   exhibit of my report is the results of -- represents the
3   results of our procedures and the correction of any
4   errors there.
5           Q     And you also checked calculations that Ms.
6   Horak made?
7           A     Yes.
8           Q     As far as testing the information in the
9   spreadsheet you just talked about, I know you told Mr.
10  Mead a little bit about this, but tell us what you tied
11  those numbers back to.  And if you want to just reference
12  to where it's at in your report, if that's easier, that's
13  fine, too.
14          A     Well, we tied payroll to timesheets.  We
15  tied invoices to -- the column to copies of invoices.
16  There's another column called unknown billing that she
17  was -- that is included because Ms. Horak discovered some
18  other additional invoices that weren't included
19  originally or provided them.  So those, same thing,
20  agreed to invoices.  The payments from FE we agreed to
21  remittance advices.  Deposits we agreed to bank
22  statements.
23          Q     And after reviewing that -- and you've been
24  an accountant, you testified, for a number of decades --
25  any question in your mind there was a business

Page 76

```
 1   relationship between WL Alliance, Precision Testing and
 2   JJL Consulting?
 3         A     I believe there was a business
 4   relationship, yes.
 5         Q     And as a CPA will you agree with me that
 6   you're not qualified to give a legal opinion of what that
 7   relationship should be classified under the law?
 8         A     That is correct.  I am not.
 9         Q     Is that up to the judge and jury, based on
10   your litigation experience?
11         A     Yes.
12         Q     You were asked a lot of questions or a
13   number of questions about whether you reviewed financial
14   statements of, I think Mr. Mead used the term the
15   putative partnership, but basically what would be
16   financial statements of the entire relationship, and you
17   said no.  To your knowledge, there are no such financial
18   statements, correct?
19         A     No.
20         Q     Does the fact that there are no financial
21   statements affect your opinion in any way?
22         A     No.
23         Q     Had you been given financial statements
24   that either one of the parties prepared or they prepared
25   together that were unaudited, would you have had to do
```

J. Michael Maddox
February 09, 2021

Page 77

1    the same things that you did in your report to come to

2    your opinion?

3         A    Yes.

4         Q    And by same things, I'm referring to

5    checking the numbers to the source documents and those

6    things you testified a few moments ago?

7         A    Yes.

8         Q    In other words, what you did with Ms.

9    Horak's spreadsheet, if you'd been given a financial

10   statement, would you have had to have done the same

11   things?

12        A    Yes.

13        Q    Okay.

14        A    To arrive at -- yes.

15        Q    In other words, you couldn't just blindly

16   trust what was in a financial statement?

17        A    I wouldn't.

18        Q    You were also asked a number of questions

19   at different times in Mr. Mead's examination that you had

20   no input or no acknowledgment from Mr. Stuckey as to what

21   this relationship was.  Do you recall those questions?

22        A    Yes.

23        Q    You've testified and been engaged in a

24   number of different litigation in other actions, correct?

25        A    Yes.

J. Michael Maddox
February 09, 2021

Page 78

1        Q      Is it uncommon for you to form your opinion

2    as to what you've been engaged to do when there's a

3    dispute between the plaintiff and the defendant as to

4    what happened?

5        A      Oh, absolutely.

6        Q      That's what you do, right?

7        A      Right.

8        Q      So the fact that Mr. Stuckey didn't agree,

9    didn't provide you with all of his side of the story,

10   that ultimately doesn't affect your opinion, does it?

11       A      No.

12       Q      I think you were asked some questions about

13   how the entities filed their tax returns.  We can agree

14   that the entities did not file a form 1065, correct?

15       A      Not to my knowledge, no.

16       Q      And what is a form 1065?

17              MR. MEAD:  Object to the form.  Go ahead.

18       A      That is the IRS form for a partnership to

19   file.

20   BY MR. ADAMS:

21       Q      If I use form 1065, I'm referring to a

22   partnership return filed with the Federal Government,

23   correct?

24       A      That's correct.

25       Q      Now, in your career have you seen similar

J. Michael Maddox
February 09, 2021

Page 79

```
 1    business -- you testified about similar business

 2    arrangements with your accounting firm and some other, I

 3    guess, of your clients or your engagements.  Have you

 4    seen those type of relationships file returns in the

 5    manner that Mr. Anderson and Mr. Stuckey's entities filed

 6    returns?

 7                    MR. MEAD:  Object to the form.

 8         A    Can you repeat that?

 9    BY MR. ADAMS:

10         Q    Let me ask it differently.  You did review,

11    have some familiarity with how Mr. Anderson's entities

12    file their tax returns and how Mr. Stuckey's entity filed

13    its tax returns, correct?

14         A    Yes.

15         Q    My question is, in your experience as an

16    accountant for several decades, is it uncommon for you to

17    see a business arrangement of this nature filing tax

18    returns in the way that these gentlemen filed their tax

19    returns?

20         A    It's not uncommon for me to see returns

21    prepared in the manner that they were prepared for either

22    company.  With respect to this particular venture, I

23    didn't get into the returns enough to really say anything

24    about how they were included or whether they were

25    included in those returns.
```

```
 1        Q      In other words, you couldn't testify all
 2   the income got included or didn't get included?  I'm just
 3   simply saying the forms used and the manner of the forms.
 4        A      Yes, yes.
 5        Q      Thank you.  You were asked some questions
 6   about expenses that maybe Precision Testing incurred that
 7   weren't included in your calculation, and I believe in
 8   response to that you answered, generally, parties could
 9   honor their agreement, whatever that was.  Do you
10   remember that line of questioning?
11        A      Yes.
12        Q      Let's just say that a judge or a jury were
13   to decide that expenses that PTG incurred that aren't in
14   your calculations should have been included in your
15   calculations.  Okay?
16        A      Okay.
17        Q      So if PTG says, well, I had $200,000 of
18   expenditures that should have been included in Mr.
19   Maddox's calculations but were not, would I be correct in
20   saying that of that $200,000, Walker's numbers would bear
21   $100,000 of that or half of it?
22        A      Yes, yes.
23        Q      So if there were $200,000 that the judge or
24   jury said, well, that should be included in your
25   analysis, the number you have for Walker for what he was
```

J. Michael Maddox
February 09, 2021

Page 81

```
 1    underpaid would be reduced by $100,000?

 2         A    Yes, assuming the expenses were $200,000.

 3         Q    Your method on the future valuation, I

 4    think you testified on that, but those are methods that

 5    were generally accepted and used in your industry?

 6         A    Yes.  They were consistent with the methods

 7    that we would use if we did a full valuation of a

 8    business, yes.

 9         Q    Do you hold a license as a valuator?

10         A    Yes, I'm a certified valuation analyst.

11         Q    Tell me what that is.

12         A    I'm certified by the National Association

13    of Certified Valuation Analysts to perform valuations, so

14    similar to a CPA certification by the American Institute

15    of Certified Public Accountants.

16         Q    For that certification you had to already

17    be a CPA?

18         A    No, you don't have to be, but I was.

19         Q    And do you have to conduct a certain amount

20    of valuations to maintain that certificate?

21         A    You have to conduct -- either submit

22    valuations for approval or review tri-annually.  Is that

23    the right word?  Every three years, how's that, in order

24    to renew your certification or provide documentation that

25    you have completed an appropriate number of continuing
```

J. Michael Maddox
February 09, 2021

Page 82

 1    education credits.

 2         Q      Thank you.  And these valuations, the

 3    methodology that you used in this expert report and this

 4    engagement, is that something you do regularly in your

 5    accounting practice?

 6         A      Yes.

 7              MR. ADAMS:  That's all I have.  Thank you.

 8                   REDIRECT EXAMINATION

 9    BY MR. MEAD:

10         Q      Mr. Maddox, is it a fair statement that

11    there isn't any set of books or other accounting records

12    that would satisfy generally accepted accounting

13    principles involved in this relationship, however it's

14    characterized?

15         A      It's a fair statement to say I haven't seen

16    any.

17         Q      Okay.  Understanding your statement with

18    regard to not delving into the tax returns very much, do

19    you have an understanding that if there is a partnership

20    as such, there is a tax code requirement to provide an

21    income return for the partnership at the partnership

22    level?

23         A      In certain instances, yes.  There are

24    instances in which you're not required to.

25         Q      Okay.  We're not going to delve into the

J. Michael Maddox
February 09, 2021

Page 83

```
 1    exceptions at this point.  And then with regard to the
 2    question regarding the accounting of expenditures on Mr.
 3    Stuckey's side and the assessment, I believe, of the
 4    $100,000 or $200,000 figure, in fact, those figures would
 5    have to be addressed in terms of their projected value
 6    and prorated over the entire period, not just for any
 7    given year or period, correct?
 8            A       That's correct.  The $100,000 we were
 9    speaking of is with respect to the actual damages based
10    on the period for 2014 through 2019, and so that's what I
11    was speaking to.  If those were -- those expenses were
12    deemed to be part of the agreement and reduced the profit
13    by $200,000, then this $3.4 million would be reduced by
14    $100,000.  Likewise --
15            Q       And --
16            A       I'm sorry.
17            Q       Go ahead.
18            A       I was going to say, likewise, the cash flow
19    stream would be different, and there would be a
20    difference in the discounted present value, whether it's
21    on a going concern basis or over a five-year period.  The
22    amount there I couldn't give you without going through
23    the calculations.  It would be less than 100 -- well, I
24    don't even want to give --
25                    MR. MEAD:  That's fine.  That's all my
```

J. Michael Maddox
February 09, 2021

Page 84

1   questions.  Thank you.

2          (Defendants' Exhibit 1 was marked for

3   identification.)

4          (Thereupon, the taking of the deposition

5   concluded at 1:00 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

J. Michael Maddox
February 09, 2021

Page 85

1                        CERTIFICATE OF OATH

2

3    STATE OF FLORIDA    )

4    COUNTY OF ESCAMBIA  )

5

6                    I, Connie L. Morse, Stenographic Reporter,

7    Notary Public, State of Florida, certify that J. Michael

8    Maddox, CPA, CFE, CVA personally appeared before me on

9    February 9, 2021 and was duly sworn.

10

11                   Signed this 10th day of February, 2021.

12

13   *Connie L. Morse*

14   CONNIE L. MORSE
     Stenographic Reporter
15   Notary Public, State of Florida
     My Commission No. HH41806
16   Expires:  September 13, 2024

17

18

19

20

21

22

23

24

25

J. Michael Maddox
February 09, 2021

Page 86

1                    CERTIFICATE OF REPORTER

2

STATE OF FLORIDA      )

3

COUNTY OF ESCAMBIA    )

4

5

6                    I, Connie L. Morse, Stenographic Reporter, do

7    hereby certify that I was authorized to and did

8    stenographically report the foregoing deposition of J.

9    Michael Maddox, CPA, CFE, CVA, that a review of the

10   transcript was requested; and that the transcript, pages 1

11   through 84 is a true record of my stenographic notes.

12                   I FURTHER CERTIFY that I am not a relative,

13   employee, attorney, or counsel of any of the parties, nor am

14   I a relative or employee of any of the parties' attorney or

15   counsel connected with the action, nor am I financially

16   interested in the action.

17                   Dated this 10th day of February, 2021.

18

19   _____

     CONNIE L. MORSE
20   Stenographic Reporter

21

22

23

24

25

J. Michael Maddox
February 09, 2021

Page 87

1    February 10, 2021
     J. Michael Maddox, CPA, CFE, CVA
2    mmaddox@cricpa.com
     1117 Boll Weevil Circle
3    Enterprise, Alabama 36330

4    Re:  WL Alliance v. Precision Testing Group, et al.
     Case No.:  3:19-cv-4459-RV-HTC
5
     Please take notice that on the 9th day of February, 2021,
6    you gave your deposition in the above cause.  At that time
     you did not waive your signature.  The transcript is now
7    available for your review.

8    Please call (888)811-3408 or email
     production@phippsreporting.com between the hours of
9    9:00 a.m. and 4:00 p.m., Monday through Friday, for access
     to a read-only PDF transcript via computer.
10
     Please execute the PDF-fillable Errata Sheet which will be
11   forwarded to you by Phipps Reporting.  The Errata Sheet can
     also be downloaded from www.phippsreporting.com.  Once
12   completed, please print, sign, and return to us for
     distribution to all parties.
13
     If you do not read and sign the deposition within a
14   reasonable amount of time, the original, which has already
     been forwarded to the ordering attorney, may be filed with
15   the Clerk of the Court.

16   If you wish to waive signature now, please sign your name in
     the blank at the bottom of this letter and return to the
17   email address listed below.

18   Very truly yours,

19   _____
     Connie Morse
20   Phipps Reporting, Inc.
     production@phippsreporting.com
21

22   I do hereby waive my signature.

23   _____
     J. Michael Maddox, CPA, CFE, CVA
24

25   Job No.:  175518

J. Michael Maddox
February 09, 2021

Page 88

1                          ERRATA SHEET
                    DO NOT WRITE ON THE TRANSCRIPT
2
                     ENTER CHANGES ON THIS SHEET
3
      WL Alliance v. Precision Testing
4     Deponent:  J. Michael Maddox, CPA, CFE, CVA
      Date of Deposition:  February 9, 2021
5     Case No.:  3:19-cv-4459-RV-HTC

6     PAGE     LINE     REMARKS

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    Under penalties of perjury, I declare that I have read the
      foregoing document and that the facts stated in it are true.
20

21    Signature of Witness_____

22    Dated this_____ day of _____, 2021.

23    email to:  production@phippsreporting.com

24    Job No.:  175518

25

J. Michael Maddox
February 09, 2021                                                                    1

---

**Exhibits**

**Exhibit 001 Maddox**
   3:13 84:2

---

**$**

**$1,000**
   26:23 31:24

**$100,000**
   80:21 81:1
   83:4,8,14

**$200,000**
   80:17,20,23
   81:2 83:4,13

**$25,000**
   23:9

**$3**
   53:10,12

**$3,416,216.93**
   14:20

**$3.4**
   83:13

**$50**
   27:10,19

**$9,580,258.91**
   14:19

---

**1**

**1**
   54:16,17
   59:21 60:10,
   23 61:1 84:2

**1-a-i**
   15:10

**1.6**
   62:15

**10-**
   59:16

**100**
   83:23

**1065**
   78:14,16,21

**10:47**
   4:1

**12:15**
   59:6

**12:22**
   59:6

**14**
   44:8

**15**
   69:15

**15,895,000**
   32:10

**16,560,000**
   32:10

**19**
   26:5 44:8
   53:24 54:13,
   17 56:25 60:2

**1926**
   46:1

**1989**
   6:16

**1992**
   5:10

**1:00**
   84:5

---

**2**

**2**
   10:5 59:21
   60:10,23
   61:1,2 62:14

**67:21**

**2,291,000**
   33:1

**20**
   47:7,8

**20-year**
   59:16

**20.3**
   60:4,5,24
   62:16 64:10

**2014**
   14:17 15:17
   32:11 74:2
   83:10

**2014-2019**
   14:7 30:22

**2018**
   32:11

**2019**
   26:1,2 32:13
   74:2 83:10

**21**
   69:14

**21,602,000**
   32:7

**21,607,000**
   32:6

---

**3**

**3**
   10:2,10 42:12
   59:24

**3,000**
   25:21

**3,416,000**
   33:18

**30**
   62:5

**300**
   25:20

---

**4**

**4**
   59:25 61:25

**45**
   62:5

---

**5**

**50**
   26:13 69:20

**50/50**
   29:17 33:2
   42:2

---

**6**

**6**
   10:6,10,19,21
   65:15

---

**7**

**7**
   10:22 15:16,
   25 30:17
   31:11 43:24
   69:3

**7,025,000**
   33:17

---

**8**

**8**
   61:25 62:1

---

**9**

**9,577,000**

---

31:22

**9,580,000**
31:22

**94**
5:12

**95**
5:12

**97**
5:14

---

**A**

---

**a.m.**
4:1

**Absent**
56:12

**absolutely**
78:5

**accept**
46:23 47:6
48:13 51:1
52:15

**accepted**
74:6,10,14,23
81:5 82:12

**accomplished**
15:1

**accordance**
74:8

**account**
17:12 18:3,4,
5 28:20 46:22
68:25

**accountant**
5:9 38:17
75:24 79:16

**Accountants**
81:15

**accounting**
5:8 6:2,3,8,
11,14,24
20:21 21:6,7
28:25 37:6,
14,15 39:8
41:13 74:6,10
79:2 82:5,11,
12 83:2

**accounts**
28:24

**accurate**
68:11,19

**accurately**
62:24 67:15

**acknowledging**
40:21

**acknowledgment**
41:11,16
77:20

**actions**
77:24

**activity**
28:23 38:20

**actual**
8:2 11:6
26:16 27:20,
22 34:22 39:7
46:8,10 48:19
83:9

**Adams**
10:17 14:9,13
15:19,23
16:2,10 41:9
73:21,23
78:20 79:9
82:7

**add**
49:9,20,21

**accounting**
50:10,12

**adding**
63:17

**addition**
8:4 71:10

**additional**
12:25 30:23
69:19 75:18

**address**
29:6

**addressed**
83:5

**addresses**
66:25

**adjustment**
49:17,18

**adjustments**
26:21,24

**advices**
19:16,24
43:21 75:21

**advising**
7:12

**affect**
27:8 66:11
76:21 78:10

**affected**
23:2 61:7,10

**agree**
28:3 32:12
40:19 43:1,3,
8,9 51:15
72:1 76:5
78:8,13

**agreed**
19:13,22,25
20:18 24:13
28:16,23 37:3

**agreement**
75:20,21

**agreement**
9:6 29:9,15,
20,25 38:23
41:2 71:14
72:20,21,24
80:9 83:12

**agrees**
32:3,5

**ahead**
49:15 78:17
83:17

**Alabama**
5:9

**allegation**
35:10

**Alliance**
4:19 17:12
23:19 24:9
25:25 26:12
32:9 36:1,7
44:15 57:7
68:17 69:13,
18 74:3 76:1

**Alliance's**
44:9

**allocations**
58:4

**amended**
4:24 13:6,11,
15 14:14,15,
24 59:19

**amendment**
27:1

**America**
18:25 20:1
28:20,24 44:7

**American**
81:14

**amount**
27:3,4,8 28:9
32:16 43:6
46:20 64:24
68:14 69:19
74:1 81:19
83:22

**amounts**
8:2 17:11
19:13 23:1
24:13 25:9,10
26:14 31:23
33:1,5,7,9,15
43:3 67:24
68:1,15

**analysis**
8:25 9:5 11:5
17:7 22:14
23:3,16 24:18
28:25 44:11
47:13 57:13
66:4 67:17
80:25

**analyst**
5:15 81:10

**Analysts**
81:13

**analyze**
20:22

**analyzed**
49:3

**analyzing**
71:11

**and/or**
39:11

**Anderson**
17:11 18:2
23:17 24:1,9
35:25 51:12
55:20 57:7

70:18,23 79:5

**Anderson's**
8:19 41:6
44:24 79:11

**annotated**
24:11

**annual**
34:19 46:20
63:12

**annually**
32:11

**anticipated**
17:13

**apologize**
10:23 22:1

**app**
11:24

**appeared**
25:14

**appears**
31:5

**Apple**
52:3

**apples**
65:9

**applied**
62:19 64:6,21

**apply**
21:11

**applying**
60:10

**approval**
81:22

**arrangement**
57:15 58:24
79:17

**arrangements**
79:2

**arrive**
77:14

**arrived**
29:20 46:6
55:24 73:9,13

**aspects**
7:7

**assess**
54:22

**assessment**
52:21 66:10
83:3

**assistance**
16:18

**assisted**
16:25

**association**
49:19 81:12

**assume**
55:15 64:19

**assumed**
23:14 66:1

**assuming**
21:20 55:5
81:2

**assumption**
55:1,11 56:6
58:16

**assumptions**
54:21 62:24

**at-will**
57:18,21,22,
24 58:17,24

**attempt**
34:25

**attest**
6:9,21

**attest-type**
6:16

**attorney**
5:24 10:18

**attorneys**
55:19

**audit**
6:8 45:5

**auditor**
6:15

**average**
66:20

**averaging**
66:23

**aware**
27:11,17
37:11 38:1,3

———————

**B**

**bachelor's**
5:8

**back**
8:16 10:6,12
13:4 18:4,16
22:17 23:10
27:18 42:8,9
43:15,23 45:2
46:1 49:6
50:9 56:18,22
61:12,23 62:2
64:2,4 66:2
75:11

**background**
5:3,5

**bank**
18:25 20:1,2
23:12 28:20,
24 44:7 75:21

based
 17:7 27:5
 29:9,13 35:7
 38:9,22 41:18
 46:21 49:21
 50:16,22
 51:21,22
 52:21 55:13
 56:14 60:2,24
 61:13 71:15
 73:14 76:9
 83:9
basic
 6:4
basically
 54:24 56:15
 64:5 76:15
basis
 30:5 42:5
 55:7,10 56:2,
 18 60:15
 62:20 68:10
 83:21
Bay
 35:25 44:19,
 21
bear
 31:19 80:20
began
 4:1 6:16
 10:25 18:18
begin
 12:5 45:16
beginning
 10:5
begins
 10:21
behalf
 8:19 24:4

belabor
 62:7
beta
 49:17,23,25
 50:2,3,13
betas
 45:11
bill
 49:7,8 59:10
billable
 15:17 30:22
billed
 27:6 32:4,5
billing
 75:16
billings
 71:15
bit
 5:3 6:25
 32:18 42:10
 45:21 50:19
 52:17 63:20
 75:10
blindly
 77:15
Bluejeans
 11:23
bond
 46:24
bonds
 48:13 50:10
 54:16
books
 82:11
bottom
 14:19 20:13
break
 59:5 63:22

Briefly
 73:22
bring
 15:23 16:10
 26:6
broad
 7:20
build
 46:25
build-up
 54:9
bulk
 5:20
bullet
 43:17 63:14
 65:15
bulleted
 42:13
Burns
 44:6
business
 5:18 7:6,15
 8:8,22 9:1,17
 38:9 39:9
 40:7,23 45:14
 46:16 48:20,
 23 49:1 50:23
 52:3,16 55:2,
 6,8 56:7
 57:6,15 58:20
 62:22 65:22
 75:25 76:3
 79:1,17 81:8
businesses
 7:12 40:5
busy
 7:2

———————
     C
———————

calculate
 47:12 55:23
 56:5,20 58:6,
 11 60:16 61:6
 62:2 64:2
calculated
 11:15 12:3,5
 26:10 27:5
 53:25 54:13
 62:16 63:5
calculating
 55:7 56:18
 63:4 69:18,19
calculation
 8:5 13:12
 26:13,16
 27:24,25
 28:13 29:10,
 12 32:22
 33:3,12,13,14
 41:4 43:19
 48:3 49:9
 50:3,24 52:11
 53:1 54:18
 55:12 57:14
 58:13,24
 59:17,19
 63:6,13 66:7
 67:23 68:14,
 21,23 69:24
 80:7
calculations
 7:25 8:18
 9:12 10:16
 11:7,17,20,25
 13:6,18,20
 14:24 24:22
 26:15 27:21

30:1,5 34:20
37:24 38:12,
25 40:11
46:10 55:5
59:13,23 65:7
67:23 69:21
72:13,15 75:5
80:14,15,19
83:23

**call**
6:9 13:6
22:11 34:17
57:18 61:2

**called**
33:8 49:8
75:16

**calls**
12:23

**capital**
22:13 45:7
50:25 51:4,
12,16,21,23,
25 52:1,7

**capitalization**
46:21 57:4
63:18,19,21
64:7

**capitalize**
21:10 45:13
46:15,21 47:5
48:23

**career**
6:16 7:4
78:25

**Carr**
5:11,22

**carries**
10:21

**carrying**

**59:25**

**case**
9:3 19:3 23:4
37:11 40:15
46:16

**cases**
7:9,10 65:20

**cash**
45:14 46:15,
19,20 47:4,5,
9 48:24,25
49:1 50:22
51:5,18
52:14,16,17,
18,20 53:4,
10,12 54:5
63:12,21,23
64:2,3 65:1,
2,4,5,11,13,
17,22,24
66:14,16,18,
19,20 67:3,6,
8,9,15,16
83:18

**categorization**
5:25

**CD**
61:21

**cease**
57:6,16

**ceased**
8:8

**ceasing**
55:3

**cents**
60:21

**certificate**
5:10 61:17
81:20

**certification**
5:14 81:14,
16,24

**certified**
5:14,15
81:10,12,13,
15

**CFE**
4:9

**change**
27:13 31:21
32:16 58:7,8

**changed**
27:11 32:6
33:3 34:4,9
71:3

**changing**
27:12

**characterizatio
n**
6:6 17:1
33:22 39:25
41:12,17,21
56:8 67:25
68:1,11 70:2,
3,6

**characterizatio
ns**
17:6 40:15
70:7,10

**characterize**
7:7 9:2 23:18
40:2

**characterized**
24:17 82:14

**characterizing**
39:20 40:22

**check**
31:13 74:6

**checked**
75:5

**checking**
77:5

**choose**
61:1

**chose**
36:25 50:18

**clarify**
11:2 12:14
23:6

**classification**
50:6

**classified**
76:7

**clear**
35:9,11 65:9
69:2

**clerical**
25:11,14,18
27:7

**clients**
7:3,15 79:3

**close**
6:7

**closely**
22:9 64:23

**code**
49:13 82:20

**collections**
28:18

**column**
14:20 19:25
20:3,5,13
25:7,19,24
26:6 27:2
31:21 32:3,4,
17,25 33:6,8,

15,16,20 34:8
43:6 68:5,20
75:15,16

**columns**
16:22 19:18,
20 26:10
30:23 31:18
33:5,10 42:22
69:6,9,15
70:6,11,12
74:19,22

**comments**
20:19

**Commissioning**
36:1

**commonly**
74:14

**companies**
9:17 71:8

**company**
37:3 49:20
52:5 53:11
64:14 79:22

**compare**
13:22,24

**compared**
19:10 30:23
43:20

**comparison**
15:21 31:14

**compensation**
24:2,6,11

**compilation**
31:8

**compilations**
14:25 66:4

**compiled**
11:20 28:14

**complaint**
29:14 30:6,8
41:5

**completed**
81:25

**completely**
26:15

**component**
50:6

**components**
8:13 38:24
51:6

**computed**
53:22

**Computer**
52:3

**computing**
8:23

**concern**
38:6 48:20
55:7 56:8,13,
18 62:14,20
67:5 83:21

**concluded**
84:5

**conduct**
73:3 81:19,21

**conducted**
12:8,11

**considered**
8:22 10:5
11:3

**consistent**
81:6

**consisting**
6:20

**construction**
6:20

**consultation**
29:4

**consulting**
6:10 7:5,11
26:5 32:17
44:19,21 74:3
76:2

**contended**
36:21

**content**
34:6

**context**
56:2

**continuation**
16:1 55:2,14
56:14 69:4

**continue**
55:8,10 56:7

**continuing**
81:25

**contract**
9:6 28:4,9
57:22,24
58:9,12,18,21

**contractor**
27:19

**contracts**
57:19 59:2

**control**
57:7

**conversation**
44:13

**conversations**
11:23 12:12,
14,16,18
18:7,19 44:17
70:13

**copies**

19:16 75:15

**copy**
4:23 5:1 13:2
15:19 20:7,9
31:5 69:1

**Corp**
44:7

**corporate**
7:3 36:12

**corporation**
21:24 22:5,
12,13,16
23:23,25
36:17,19
67:14 71:16

**correct**
5:24 8:24
9:13,20 10:10
11:3,4 12:10
14:15,22 15:7
17:8,20 20:6
21:2,4 22:17,
19 24:19
28:6,8,21
31:12 32:1
34:1 35:14
36:7,13,14,22
37:2,7,16,22
38:10,11,14
39:22 42:2,3
51:3 52:23,24
55:16 56:14
57:4 58:2,3
60:12 63:9
64:10,22
70:7,8,18,21
73:1 76:8,18
77:24 78:14,
23,24 79:13
80:19 83:7,8

corrected
 31:23 32:8,23

correcting
 13:22 24:25
 32:2,23 66:3

correction
 25:23 26:3
 27:6 75:3

corrections
 8:4 13:14,19,
 20,25 14:4
 15:3,8 24:21
 25:1,7,15
 31:15,16
 43:11,16
 46:18

correctly
 34:10 39:19
 51:8 52:10
 56:25 60:9

correspondences
 19:2

Cost
 45:7

counsel
 29:15 41:10
 55:21

couple
 74:19

covering
 28:10

CPA
 4:9 5:10,11
 71:23 76:5
 81:14,17

created
 15:2

credits
 82:1

CROSS-
EXAMINATION
 73:20

current
 5:11

customer
 57:16

CV
 5:6,17

CVA
 4:9

D

damage
 7:24 13:6,11
 26:16 27:25
 65:7

damages
 8:23 9:12
 11:15 12:5
 13:19 33:16
 67:23 83:9

data
 10:5 39:14
 40:10,16
 60:24 74:1,7

date
 8:7 11:10
 19:12 49:9
 55:6 56:13
 59:17,19

dates
 46:1

day
 27:19

days
 27:5,7,9

deal

7:14

dealing
 7:19 38:22

decades
 75:24 79:16

December
 31:8

decide
 80:13

decision
 50:25 53:12

deducted
 18:5

deduction
 64:21

deemed
 83:12

defendant
 32:1 78:3

defendants'
 30:16 84:2

define
 72:9

defines
 72:22

delve
 82:25

delved
 42:10

delving
 82:18

denominated
 56:13 71:20,
 22

department
 7:1

depend

58:8

depending
 46:3

depo
 16:6

deposit
 23:10 26:8
 61:17

deposited
 68:16 69:18

deposition
 12:21 13:2,3
 15:12,16
 16:16,19
 17:9,15,19,22
 18:24 19:4
 20:10 30:17,
 25 31:2,3,4
 44:16 69:4
 70:19,22
 73:14 84:4

deposits
 19:20 25:24,
 25 26:12,19
 32:9,13 69:13
 75:21

derived
 14:24

describe
 7:11,22 24:20
 35:5 46:4
 48:5 63:13
 67:7

describing
 44:2

description
 32:18 33:21
 39:25

descriptions

16:21 33:20
34:6 41:6

**desire**
36:12

**detail**
11:2,25 16:8
24:16 25:10
40:3 42:22
43:15 44:1
63:7 70:12

**detailed**
11:19 19:11,
21 25:2
42:10,13,23
43:2

**details**
8:11 54:24

**determination**
47:3

**determinations**
62:25

**determine**
8:21 12:1
23:3 38:6
45:22 46:5
47:13 48:19,
22 49:4 52:20
66:5,11 71:13
72:22

**determined**
27:3 41:3
49:10 65:6
66:15 67:25

**determining**
9:12 47:24
54:22 56:1

**develop**
45:10

**developed**

11:25

**die**
56:12

**diem**
27:3,5,20,22
28:4,6,7,10
32:16 42:25
71:10,16

**difference**
26:11 50:17
51:16 58:17,
22 62:18
63:16 68:14
69:14 72:7,17
83:20

**differences**
12:22

**differently**
79:10

**digits**
25:14

**DIRECT**
4:12

**directly**
46:12 70:23

**disclosed**
32:14

**disclosures**
14:10 16:5
19:3

**discount**
45:10,13
56:18,21,24
57:2,3 60:6,
10,23 61:6,7,
23 62:2,14,19
64:2,4,5,9,20
66:1

**discounted**
46:9 63:12
83:20

**discounting**
61:11,12

**discovered**
69:16 75:17

**discrepancies**
32:8

**discuss**
17:21

**discussed**
17:23 19:4
26:20 31:17
42:17

**discussion**
15:14 16:13
18:1 22:11
23:7 30:14
55:18,22

**discussions**
14:3 18:11,14

**dispute**
78:3

**dissertation**
65:10

**distinguish**
5:23 6:2

**distinguished**
10:14

**distribution**
23:22 24:5

**distributions**
23:18

**divided**
47:10

**dividend**
23:24

**divisions**
6:4,5

**document**
14:2,23 15:6
30:11,12,18
39:24

**documentation**
10:16 13:10
23:11,15
24:8,14 81:24

**documents**
8:1 10:13
18:20 19:23
29:24 39:7
43:21,24 72:3
77:5

**dollar**
51:25 53:17

**dollars**
52:1

**double**
69:25

**doubled**
26:14

**doubling**
33:11

**drawn**
13:10,14

**drop**
26:16

**due**
69:19,20

**Duff**
45:6,8,21
46:25 49:11

**duly**
4:10

**Dunn**

52:22

**duplicate**
62:4

**duration**
7:4

**dwell**
20:12

---

**E**

---

**e-mail**
19:2

**earlier**
19:8,9 20:5
23:6 32:25
42:17 70:16

**easier**
75:12

**East**
35:25 44:19,
21

**easy**
61:3

**education**
82:1

**effect**
17:14 18:6
20:22,24
26:22 30:3
47:11

**effectively**
52:9 69:23

**elected**
64:24

**electronic**
10:17

**else's**
33:24

**empirical**
45:24 49:11

**employed**
5:8

**employee**
19:11 42:25

**employees**
28:5,7

**employees'**
11:9

**enabled**
12:5

**encompass**
6:10

**end**
5:12 25:13
61:25

**endeavor**
35:21

**ended**
17:12

**Energy**
11:11 19:13,
15,17 28:10
29:16 44:7
69:10 71:1

**engaged**
7:24 8:5
37:25 51:13
54:7 55:4,12
58:11,13
72:9,13 73:3,
6 77:23 78:2

**engagement**
4:18 7:22
74:14 82:4

**engagements**
5:20 6:16,17
79:3

**ensure**
40:10

**entail**
10:18

**enterprise**
8:22 34:16
42:1 45:15
47:13 48:9
51:5,12,17

**entire**
76:16 83:6

**entirety**
14:13

**entities**
22:9 35:10,25
37:16 57:8
72:5 78:13,14
79:5,11

**entity**
7:13 9:2,6
21:19 22:10
24:4 35:15,18
36:2,12,21,24
37:10 40:1,9,
21 47:7 54:12
67:13,14
79:12

**entries**
40:16

**equal**
42:5

**equity**
45:11 49:9

**erroneously**
26:2

**error**
31:15

**errors**
25:11,14,18

27:7 75:4

**evaluate**
7:24 58:22

**evaluation**
73:2

**events**
18:1

**eventually**
36:1

**evidence**
74:2

**examination**
4:12 10:9
73:3 77:19
82:8

**examine**
72:23

**examined**
4:10

**examiner**
5:15

**examining**
43:13

**Excel**
34:22

**exceptions**
83:1

**excuse**
33:7 66:6

**exhaustively**
42:8

**exhibit**
13:5 15:16,25
16:3,16 30:17
31:11 69:3
75:2 84:2

**exhibits**
15:20 16:4

exist
  38:2
existence
  9:11
expect
  16:7 47:8
  48:10,15
  54:11 64:13
expectation
  48:16,20 51:1
expected
  48:18 55:8
expenditures
  71:13 80:18
  83:2
expense
  28:5,8 29:1,6
  70:25
expenses
  71:7 72:2
  80:6,13 81:2
  83:11
experience
  5:3,17,22
  6:6,13 7:12,
  17 42:4 76:10
  79:15
expert
  82:3
explain
  67:3
explanation
  12:23
exploration
  53:11
explore
  45:16
extra

25:13
eyes
  69:7

---

#### F

fact
  7:19 23:3
  57:11 76:20
  78:8 83:4
factor
  32:21 46:21
  47:1,3,5,10,
  12 48:17,22
  49:4 50:7,8,
  9,13,16 52:5
  53:17,21
  54:5,14 58:6
  61:7 62:2,21
  63:1 64:15
  65:18 66:7
factoring
  50:2
factors
  49:3,22
  52:22,25 53:2
  54:23 56:1
  63:4 65:19
  73:15
facts
  10:5 56:3
fair
  6:6 9:10 10:9
  17:1 35:21
  38:18 39:8
  56:8,10 63:11
  82:10,15
fairly
  42:8

fairness
  9:19 67:4
fall
  53:22 54:19
familiar
  11:23 20:23
  23:19 30:19,
  20 36:10
  57:18
familiarity
  79:11
favor
  31:25
FE
  19:12 32:5
  68:15 69:22
  75:20
February
  26:5
Federal
  78:22
fee
  72:1,4,7,18
feel
  5:24,25 8:16
  25:6
felt
  24:21
figure
  55:20 60:22
  66:17 83:4
figures
  16:22 66:3
  68:12 70:5
  83:4
file
  78:14,19
  79:4,12

filed
  78:13,22
  79:5,12,18
files
  10:15
filing
  79:17
final
  14:7,18,25
  15:5 16:17
  24:22 30:23,
  24 32:3 33:15
  34:11 43:12
finally
  26:9
financial
  37:18,21,23
  38:2,5,13,16,
  19,20 39:2,5,
  11,21 40:5,
  13,14,18
  45:25 74:11
  76:13,16,17,
  20,23 77:9,16
financials
  39:6
fine
  18:16 31:20
  51:9 75:13
  83:25
firm
  5:9,11,13
  58:1,17,18,21
  71:23,24 79:2
fit
  32:18 40:17
five-year
  55:5 56:15,17
  58:2,18 59:24

60:15 62:19
63:13 67:5,10
83:21

**floor**
59:9

**flow**
46:15,19,20
47:4,5,9,10
48:24,25 49:1
50:23 51:5
52:14,16,17,
18,20 53:10,
12 54:5 63:12
65:2,4 67:8,
16 83:18

**flows**
45:14 51:18
53:4 63:21,23
64:2,3 65:2,
5,11,13,17,
18,22,24
66:14,17,18,
19,20 67:3,6,
9,15

**focus**
6:22,23 69:6

**focused**
6:19

**focusing**
16:7 53:5

**follow**
53:18 73:24

**forensic**
6:3,11 7:7,9

**forget**
74:21

**Forgive**
51:11

**form**

24:10 30:4,6,
20 36:11,15,
17,20,23,24
37:3 78:1,14,
16,17,18,21
79:7

**formal**
40:21

**format**
10:17

**formation**
7:13

**formed**
37:4 64:8

**forms**
24:3 39:3
80:3

**formula**
61:8

**formulas**
12:4

**forward**
46:2 67:10,
11,16

**foundation**
22:6 37:20

**foundational**
46:10

**fraud**
5:15

**free**
5:24 8:16
25:6

**front**
5:1

**full**
4:14 39:6
81:7

**future**
51:18 52:10
53:4 66:16,
18,19 67:3,6
81:3

---

**G**

**gaining**
9:8

**garage**
52:4

**gas**
53:10,14

**gave**
33:5 55:17

**general**
61:9

**generally**
5:5 24:24
54:24 63:8
74:6,10 80:8
81:5 82:12

**generate**
52:16,17

**generated**
38:15,17
46:19 47:25
48:24 59:3

**generating**
49:1 53:9,11

**generation**
74:11

**gentlemen**
79:18

**give**
4:5,14 5:5
34:1 38:22
50:25 53:6

55:20 59:20
61:1 69:5
73:13 76:6
83:22,24

**glasses**
26:6

**glean**
44:10,19,21

**gleaned**
40:16 41:5

**Glenn**
27:3 41:22

**global**
18:18

**going-concern**
63:10

**good**
4:14 5:2 6:25
7:14 54:10

**Government**
78:22

**graduated**
5:7

**great**
54:10 63:7

**greatly**
61:18

**grew**
52:5

**ground**
55:9

**grow**
61:20 64:18

**growth**
64:8,12,14,
16,19,23
65:22,23,24
66:1

J. Michael Maddox
February 09, 2021

12

guess
4:23 79:3

**H**

half
33:10 80:21

hand
4:3 15:6
24:25 35:13,
24 47:21

handwritten
40:7

happened
68:25 78:4

hard
6:17

head
28:2

headed
37:21

held
22:9

high
6:18 52:12

higher
47:11,12
48:10,15
49:1,2 52:12
53:14

hinges
51:4

historical
66:20 67:9

history
5:22 67:15

hit
23:12

hold
81:9

honesty
56:16

honor
80:9

Horak
8:1,18 10:15
11:7,17 15:15
17:10 23:7
26:10 29:14
38:10 41:8
42:11 70:6,
13,18,23
75:6,17

Horak's
16:18 24:22
30:17 33:24
46:11,18 66:4
67:23 69:3
77:9

hours
25:10,16 27:7

how's
39:19 81:23

hundreds
6:19

hypothetical
60:13

Hypothetically
37:1

**I**

identification
84:3

identified
14:7 15:4,9
33:11 68:25

identify
10:8,18 13:23
42:18 46:14
51:11

identifying
10:25 68:8

immateriality
32:2

immediately
5:8

impact
21:17,18
58:14

impacts
24:17 58:10

implicit
66:24

inaccurate
68:11

include
39:7 52:21
65:21 71:9,12

included
11:8,10,12,14
19:14 26:7,13
32:14,21
67:23 69:23
75:17,18
79:24,25
80:2,7,14,18,
24

including
19:23

income
44:9,10,24
58:19 59:3
66:5 80:2
82:21

incorporate
53:3 66:17

increase
32:13

incur
71:8 72:2

incurred
70:25 71:9
80:6,13

indefinite
56:10,14

indefinitely
56:7

independent
70:9 71:24

indicia
9:1,5

individual
7:3 11:9
31:22 44:24

industries
6:19 45:12,25

industry
48:14,23
49:12,19
50:3,5,14,16,
18 52:23
53:15 54:12
81:5

inflation
64:23,24

information
11:2,9,12,15
12:24 13:1,13
17:23 25:8
28:1 29:5,8
32:19 34:18
40:8 41:3
43:4,19 44:10

J. Michael Maddox
February 09, 2021

13

45:3,10 70:17
74:21,22,25
75:1,8

**Ingram**
5:12

**inherently**
22:23

**initial**
11:4,5 12:11
52:7 74:25

**initially**
12:13 52:2

**input**
17:5 33:22
34:5,12,14
77:20

**inside**
36:8

**instance**
49:5 50:1
54:3 69:12

**instances**
5:18 17:10
82:23,24

**Institute**
81:14

**insurance**
6:20

**intend**
31:25 32:1
40:23

**interaction**
11:16

**intermediate**
37:10

**internal**
21:3

**internally**

38:15 39:21,
25

**interview**
12:7

**interviewed**
11:19

**interviews**
12:11 17:22

**intimately**
20:25

**inverse**
61:24

**invest**
47:7 50:12
51:6,16
53:13,16
54:11

**invested**
51:4,12

**investing**
48:12,14
50:11 61:16,
18

**investment**
47:8 51:21
52:2,7 54:11

**investments**
5:19

**investor**
46:23 48:11,
15 50:11
51:23 52:2,8

**invoice**
19:20 29:16
32:4

**invoiced**
43:6

**invoices**

11:11 19:12,
24 28:17
43:7,22 44:5
75:15,18,20

**involved**
9:3,7 16:25
35:20 37:16
53:1 66:12
71:21 82:13

**involvement**
36:4

**irrelevant**
68:21,22

**IRS**
78:18

**isolated**
16:8

**issue**
42:1

**issued**
13:16

**issues**
7:13 73:15

**item**
25:17 26:19,
25 42:13 46:3
67:22

**items**
15:9 16:9
24:25 46:4

**iv**
26:25

---

**J**

**James**
4:16

**January**
4:24 26:1,19

31:8,9

**JJL**
26:4 29:1
32:17 35:17
41:17 71:1,7
74:3 76:2

**John**
10:17 14:8
15:18 73:23

**joined**
5:11

**joint**
8:6 9:2 38:21
71:23 72:10,
20

**judge**
76:9 80:12,23

**judgmental**
49:21

**jury**
76:9 80:12,24

---

**K**

**kind**
5:4 6:3 9:6
10:6 18:17
41:22 42:10
59:9

**knowledge**
76:17 78:15

---

**L**

**lack**
23:17

**laid**
37:20

**large**
67:14 74:1

J. Michael Maddox
February 09, 2021

14

larger
53:16 69:22
law
76:7
lawsuit
35:11
lay
22:6
layman's
47:19
leave
37:19
ledger
29:1
ledgers
40:7
left
14:19 25:22
26:2
legal
36:24 71:19
76:6
lettered
31:18
level
34:17 35:1,6
46:22 47:6
51:22 52:10,
12,14 71:12
72:9,22 82:22
liabilities
23:1
liability
21:14,19
22:4,17
license
81:9
life

27:20
likewise
33:19 44:18
83:14,18
list
10:3,4,19
28:16,17
43:23
listed
5:19,21 42:24
listing
42:24 43:7,9
litigated
72:11
litigation
4:20 6:11
7:23 30:7
73:4,8 74:9
76:10 77:24
LLC
21:1 22:16
23:23 36:15
37:4 45:1
loan
20:24 21:1,3,
8,20,21
22:12,15
24:10 61:24,
25 62:1
loans
20:14,23
21:23 23:1,2
locate
14:11 15:13
looked
10:1 11:2
29:4 31:4
73:15

lose
61:20
loss
21:14 34:16,
23 35:7 39:2,
4,6,11 47:21
lot
45:10 52:16
65:20 76:12
lovely
65:10
low
52:10,11 53:9
59:22
lower
48:25 70:4

————————————

M

————————————

M-A-D-D-O-X
4:16
Maddox
4:9,16,17
16:15 59:8
73:22 82:10
Maddox's
80:19
made
8:18 13:14,
18,25 15:8
19:3 20:14,18
24:21 25:15,
23 26:3,12,21
27:6 28:18,19
34:19 38:25
40:15 41:4
43:11,12 56:2
58:23 75:6
maintain
81:20

majority
12:15 26:18
make
8:2,3,5 10:7
17:10 18:4
20:3,21 22:12
23:3,16 32:18
34:9,25 38:7,
24 39:18
40:11 41:4
43:1,16 47:18
49:18 50:18
51:15 55:12
58:13,22 61:2
makes
22:15 50:20
52:2 53:3
58:17
making
15:3 17:12
40:12 46:17
53:12 59:19
manner
9:24 41:13
66:25 79:5,21
80:3
March
26:2,19
mark
29:16
marked
84:2
market
50:12,17
markup
27:4,9
material
19:6
materials

J. Michael Maddox
February 09, 2021

10:4

**mathematical**
48:2

**matters**
10:2 41:13,17
44:9

**maturity**
55:6

**Mcdonnell**
44:6

**Mead**
4:13 14:11,16
15:15,21,25
16:5,12,14
30:15 59:5,7
73:18 74:19
75:10 76:14
78:17 79:7
82:9 83:25

**Mead's**
73:24 77:19

**means**
55:8 64:18

**meant**
21:21 64:20

**member**
21:1 23:22

**memorialized**
29:20

**mention**
18:8

**mentioned**
19:8,9 45:23

**method**
50:21 52:19
54:9 65:12,
13,18 81:3

**methodology**

10:11 11:18
42:9,12 82:3

**methods**
81:4,6

**Michael**
4:9,16

**million**
52:1 53:10,12
62:15 69:14,
15 83:13

**mind**
23:5 25:5
75:25

**minimal**
48:13 64:24

**minimal-risk**
48:12

**minor**
25:11,18
26:20,23 32:7

**minus**
68:20

**minute**
61:5 69:5

**minutes**
60:19 62:6

**misspeak**
74:12

**misspoke**
74:16

**mistake**
25:22

**misunderstood**
22:2 65:8

**moment**
15:12

**moments**
77:6

**money**
18:2,4 21:23
23:23 33:7
48:12

**Montgomery**
5:9

**month**
12:22

**morning**
4:14

**mouth**
8:15

**moving**
42:9

———————

**N**

**NAICS**
49:13

**named**
70:16 74:22

**narrative**
30:4,6 60:1
62:25 63:3

**National**
81:12

**nature**
5:20 8:6 9:1
12:18 13:25
17:24 20:23
24:20 25:18
26:20 29:21
43:22 45:12
46:24 50:23
54:12 72:24
79:17

**Navigator**
45:7 46:25

**necessarily**

68:13

**needed**
12:22 24:21
41:4

**net**
20:4,14 46:12

**netted**
23:10 26:22

**Nineteen**
53:25

**normal**
38:4 69:21

**not-for-profits**
6:20

**note**
17:10 20:3,12
67:21

**noted**
8:4 25:11,17,
25 26:9 32:8
67:22

**noticed**
12:22

**number**
5:18 6:17 7:6
16:21 18:25
19:1 25:12
27:5,9 30:22
36:20 40:16
53:9 55:24
56:24 62:11
68:19 69:22
75:24 76:13
77:18,24
80:25 81:25

**numbers**
17:24 31:13
43:14 46:11
47:24 60:17

J. Michael Maddox
February 09, 2021

16

63:5 70:12
75:11 77:5
80:20
**numeral**
67:22 70:4
**numerical**
63:6

---

**O**

**Object**
78:17 79:7
**obtain**
40:8,9 45:9
**obtained**
5:10,14 10:15
11:6,19 12:12
**obtaining**
43:19
**occurred**
8:3
**oil**
53:10,14
**omitted**
26:1
**operate**
9:24
**operates**
40:9
**operating**
9:9
**operation**
21:5 40:23
**operational**
6:2,8,14
**opine**
72:14,24
**opinion**

9:21,23 54:12
68:10 71:19
76:6,21 77:2
78:1,10
**opinions**
9:15 73:7,12
**opposed**
46:24 48:17,
20 53:3 55:2
58:1
**opposite**
22:1 47:15
**option**
56:9
**options**
65:3
**order**
12:1 18:4
25:5 38:6
43:16 81:23
**original**
15:3,7 20:20
33:12 69:21
**originally**
12:21 31:25
32:1,15 75:19
**overnight**
57:16
**owed**
33:7,16
**owners**
40:8

---

**P**

**P&l**
39:21 40:14,
17
**P&ls**

34:25
**p.m.**
59:6 84:5
**package**
34:23
**paid**
25:10 28:5,6,
7 42:25
**paragraphs**
15:9
**parameters**
46:3
**part**
27:25 30:7
47:13 83:12
**participants**
40:1
**particulars**
7:21
**parties**
8:8 29:15
36:24 72:21
76:24 80:8
**partner**
5:13 36:9
**partnership**
8:6 9:11
23:24 29:7
33:6,8,9
34:17 35:1,6,
7,8,11 36:6,
8,11,18 37:4,
5,8,16,18,21
38:13,21 42:1
67:24 68:2,23
71:12,20
72:7,8,10,18,
20 76:15
78:18,22

82:19,21
**partnership-
level**
37:14
**partnerships**
42:5
**parts**
19:3
**party**
57:23,25
**pay**
27:20,22
**paying**
61:25 62:8
**payment**
21:11 23:9
26:4 32:20
44:5,6
**payments**
11:13 19:15,
25 20:5,13,18
24:9 25:19
26:11 28:14,
18,19 32:5,
17,24 33:13
43:8,9 69:9,
16,22 75:20
**payroll**
11:9 15:17
17:13 18:5
19:10,19
25:8,10 26:22
27:8,23 28:5,
17 29:16,18
30:22 31:21
33:3 42:23,25
43:6 44:4
71:10,15,16
75:14

J. Michael Maddox
February 09, 2021

17

people
  9:24 27:23
  47:19
percent
  26:13 47:7,8
  53:24,25
  54:13,16 57:1
  59:21 60:2,4,
  5,10,23,25
  61:1,2,25
  62:1,14 64:10
  69:20
perform
  66:10 67:17
  81:13
performed
  6:15 11:11,13
  23:14 63:14
  74:8
period
  55:22 56:16,
  17,21 58:14
  62:1 64:1,14
  65:23 66:22,
  23 67:10
  83:6,7,10,21
personal
  7:17 18:3
personally
  24:2
Phelps
  45:7,8,21
  46:25 49:11
  52:22
phone
  11:22
phrase
  20:24 35:2
pick

49:13 53:9
piece
  71:25
place
  50:25 51:23
plaintiff
  7:25 73:23
  78:3
plaintiff's
  10:17
plaintiffs
  4:23
planning
  7:10
play
  47:23 48:1
  66:7,9 72:4
point
  43:17 45:6
  50:22 65:16
  83:1
points
  10:7 42:7
  45:22 63:14
  67:19
portion
  67:5,6
practice
  22:8 82:5
practiced
  5:10
pray
  61:21
Precision
  74:3 76:1
  80:6
preface
  42:20

premised
  50:24
premium
  49:10 50:10
premiums
  45:11 51:20
  59:9
preparation
  12:8
prepare
  55:4 72:14
prepared
  7:25 12:17
  16:18,24
  30:24,25 31:5
  38:10 42:11
  56:9 59:23
  66:3 70:6
  73:13 76:24
  79:21
preparer
  44:14
preparing
  12:20 15:6
  40:13 41:23
  45:13
present
  46:9,12 47:12
  56:19 57:25
  61:7,10,23
  66:14 83:20
presume
  13:4 66:24
presumed
  9:11
pretty
  64:23
prices
  50:4,15

primarily
  6:19 16:6
  50:22
primary
  18:20
principal
  22:10
principals
  36:13 40:20
principles
  74:10 82:13
printout
  30:18 69:3
prior
  12:8
problem
  10:24
procedures
  12:6 63:14
  74:6,24 75:3
proceed
  43:4
Proceedings
  4:1
process
  18:20 19:5
produce
  34:25
produced
  14:14 37:23
  39:21,25
production
  72:3
professional
  74:9
profit
  21:13 30:1
  34:15,23 35:7

39:2,4,6,11
71:15 83:12

**profits**
29:17 41:2
71:6,13

**project**
66:19

**projected**
53:4 65:22
67:6,10 83:5

**projecting**
47:25 66:16
67:3,8,15

**projections**
67:16

**properly**
12:2 24:2
28:4

**proportion**
47:20,21
48:11

**propose**
32:2

**proposed**
26:24

**prorated**
83:6

**provide**
29:5 39:13
49:12 57:13
78:9 81:24
82:20

**provided**
4:22,23,24
10:20 11:18
12:10,25
13:2,4,11,15,
18 15:8 19:11
20:7 29:8,21

30:3 31:6,7,
10,15 34:19
37:25 38:9
39:13 73:8
75:19

**providing**
24:4 33:22

**provisions**
17:14

**PTG**
19:12 29:1
32:4,9 33:14
35:13 41:12
44:8 69:13
71:1 80:13,17

**public**
53:8,15 54:4
81:15

**publicly**
67:14

**pull**
13:21 14:6
15:11

**purpose**
6:5 41:1

**purposes**
8:23 9:11
18:3 22:10
24:11,18 28:5
44:11 46:5
48:6 60:13
64:15

**pursuant**
74:23

**put**
7:21 8:14
18:4 28:15
47:19 52:8
53:18 68:6,9

70:11

**putative**
29:7 37:16
38:5,13 42:1
76:15

**putting**
48:12

---

**Q**

**qualified**
76:6

**question**
11:1 36:23
38:8 39:16
52:18 72:16
74:18 75:25
79:15 83:2

**questioning**
80:10

**questions**
5:4,6 7:19
13:24 16:17
45:17 73:15,
19,24 74:19
76:12,13
77:18,21
78:12 80:5
84:1

**quick**
34:2

**quotations**
68:4

**quote**
7:1 36:11
46:1

**quotes**
70:4,5

---

**R**

**raise**
4:2

**ran**
35:8

**range**
59:8,21

**rate**
45:11,13
46:24 48:10
49:7,8,16
50:10 53:14
56:24 57:2,4
59:10,14,16
60:6,10,14,23
61:8,10,12,
13,22 62:1,
14,19,21
63:18 64:7,8,
9,10,12,13,
16,20,23 66:1

**rates**
63:21

**raw**
39:13 40:16

**read**
65:14 70:19

**reading**
29:14

**real**
23:7 34:2

**realistic**
60:22

**realization**
48:17

**realize**
64:14

J. Michael Maddox
February 09, 2021

**reason**
25:1 58:15

**reasonable**
63:25

**recall**
17:14,25
18:10,13
27:12 77:21

**receipts**
44:5,6 68:15,
24

**receivable**
21:10

**receive**
48:11

**received**
11:13 12:25
19:15 26:11
43:8,9 69:17

**recent**
6:21,22

**recess**
59:6

**recognizing**
6:5

**recollection**
55:24

**record**
4:15 15:12,14
16:12,13
30:14 60:20

**records**
15:1 29:3
82:11

**REDIRECT**
82:8

**reduce**
65:25

**reduced**
32:17 81:1
83:12,13

**reevaluation**
5:19

**refamiliarize**
69:6

**refer**
8:16 20:15
42:12

**reference**
10:4 16:16
35:12 75:11

**reference's**
14:18

**referencing**
30:16

**referring**
6:8 68:5 77:4
78:21

**refers**
35:2 74:11

**reflect**
60:23

**reflected**
73:4,9

**reflects**
9:21 27:19
62:24 63:3

**regard**
4:18,19 8:12,
25 9:15,21
10:1 11:17
14:3 16:25
17:11 18:1
19:2 22:25
24:21 27:2
28:13 30:9
33:19 41:12,

17 44:18 55:2
56:6 57:11
59:2 67:7,22,
24 70:1,2
71:1 72:24
82:18 83:1

**regularly**
82:4

**related**
7:9 8:2
12:23,24
25:18 50:13
52:6,7 69:17

**relation**
7:23 12:7

**relationship**
47:2 56:23
57:3 74:2
76:1,4,7,16
77:21 82:13

**relationships**
9:17 57:19
79:4

**relative**
73:8

**relevant**
29:10,11
37:15

**relied**
10:2 19:5

**rely**
43:13 49:11
56:3 67:16

**relying**
18:21 30:9
43:24 45:22

**remain**
61:21

**remember**
18:7,9,15
23:11 25:20
27:16 80:10

**remittance**
11:12 19:16,
24 43:21
75:21

**removed**
33:14 68:21
69:24

**remuneration**
24:3

**render**
9:14

**rendition**
14:25

**renew**
81:24

**repaid**
20:14 21:11
23:2

**repay**
21:19 22:5

**repayment**
24:10

**repeat**
9:4 79:8

**report**
4:25 7:21
8:16 9:21
10:1,3 12:8,
15,18,20
13:5,15 14:14
15:9 17:23
25:2 26:25
27:18 32:14
33:5 39:3
41:14,18,23

J. Michael Maddox
February 09, 2021

20

42:8 44:22
45:19 46:5
54:14 59:20,
25 62:23 63:3
67:19 73:5,10
75:2,12 77:1
82:3

**reported**
4:24 25:16,
19,20 27:7

**reports**
12:10 44:4

**represent**
18:24 20:4
73:23

**represents**
75:2

**require**
53:14 54:15

**required**
82:24

**requirement**
82:20

**respect**
68:18 79:22
83:9

**response**
62:13 80:8

**rest**
36:8

**resting**
36:6

**result**
32:13 33:3,17

**resulted**
24:22 27:1

**resulting**
13:19

**results**
45:24,25
75:2,3

**return**
45:3 47:8
48:10,13,15
51:1 52:8
53:14 54:11
61:13,22
78:22 82:21

**returns**
7:2 40:6
44:9,10,14,25
52:11 78:13
79:4,6,12,13,
18,19,20,23,
25 82:18

**review**
7:2 8:14
17:9,15,18
24:7 34:15
37:14,23
38:5,14 44:16
70:11 72:13
74:1 79:10
81:22

**reviewed**
19:8,12 37:24
76:13

**reviewing**
12:20 18:20
20:2 37:17
38:12 75:23

**revised**
46:17

**reward**
47:20 53:17

**Riggs**
5:12,23

**risk**
45:11 46:22
47:1,3,5,6,
10,11,20
48:17,22
49:4,10,18,
19,20,21
50:12,16,24,
25 51:2,20,22
52:4,10,12,
14,21,25
53:2,9,17,21
54:1,5,14
57:14 58:4,6
59:9 62:22
63:1,4

**risk-free**
46:24 49:7,16
50:10

**riskier**
48:9,14

**risky**
52:16

**Roman**
67:22 70:4

**roughly**
33:18 53:24

**run**
33:9 67:24
68:1

_____

**S**
_____

**S-ELECTED**
45:1

**sake**
14:18

**satisfied**
24:15

**satisfy**
82:12

**schedule**
19:14 24:13
42:24 43:5

**scheduled**
12:21

**schedules**
11:8 42:11,14
43:2,14,16,20

**scope**
7:22 8:12
73:2

**season**
7:2

**section**
10:5

**secured**
22:23

**select**
46:3 50:14
56:20 59:16
65:19

**selected**
64:1 65:2,4,
5,12,17

**selection**
7:13

**selections**
65:3

**sense**
37:6 40:21
50:18,20 56:2
59:18 62:25
63:3

**sentence**
65:16

**separate**

36:2 39:1

**service**
45:9 49:12

**services**
6:10 24:3
58:2 74:9

**set**
18:19 27:4
30:8 39:6
41:13 59:9
60:9 82:11

**setting**
39:12

**shareholder**
20:22,24
21:8,20,21,23
22:11,12,15,
17 23:23

**Sheila**
15:15 30:17

**Shelby**
44:14

**Shelby's**
70:19,22

**short**
17:13

**shortly**
17:12

**showing**
11:12 29:24

**shows**
18:24

**SIC**
49:13

**side**
6:14,21 7:6
29:1,6 71:1,
10 78:9 83:3

**sides**
23:12 37:15

**significantly**
66:11

**similar**
9:17 11:24
16:23 25:18,
23 41:22
62:13 63:10,
12 78:25 79:1
81:14

**similarly**
56:6 73:7

**simply**
9:10 50:7
55:15 57:14,
16 70:5 80:3

**sir**
62:5

**sit**
29:3 55:25
62:3

**sitting**
61:5

**situation**
22:9 58:1

**situations**
23:16

**Skype**
11:24

**slightly**
32:20

**small**
7:15 26:7
40:5,7

**so-described**
37:7

**software**

34:23

**solemnly**
4:4

**sophisticated**
67:13

**sort**
66:24

**source**
77:5

**speak**
70:20

**speaking**
24:24 34:9
83:9,11

**species**
22:13

**specific**
13:24 49:19,
20

**spectrum**
53:23

**split**
29:17 30:2
33:2 41:2
69:21 71:6,14
72:1,4,8

**splitting**
72:7,18

**spreadsheet**
12:4 13:11,22
14:23 15:3
20:6,20 24:24
30:18 31:16
43:13 46:12,
17 68:5,6,9
69:1,3 74:20,
21 75:1,9
77:9

**spreadsheets**
13:15 16:24
34:22

**stable**
61:21

**stage**
10:8

**stages**
10:13 35:20

**stand**
69:12

**standard**
52:23

**standards**
74:9,13,14,16

**standpoint**
21:6,7 23:13
39:9,10 57:15

**start**
46:11 49:6,7

**started**
43:2 52:3
69:22

**starting**
33:13

**statement**
20:3,12 21:14
35:7 37:18,22
38:19 39:4,5,
11 40:13,14,
18 41:12 65:8
70:3 77:10,16
82:10,15,17

**statements**
18:25 20:1,2
23:13 34:16,
23 37:24
38:2,5,13,16,
17 39:2,21

40:6 44:7
74:11 75:22
76:14,16,18,
21,23

**steady**
65:1,4,11,12,
16,17,24

**STENOGRAPHER**
4:2

**step**
10:14 11:4
18:16

**steps**
10:3

**stock**
50:4,10,12,
15,17 61:19,
20

**story**
78:9

**stream**
45:13 46:15,
18 47:4,5,9,
10 48:24,25
49:2 52:14
58:19 59:3
65:1,2,4,11,
12,16,17,24
66:14 83:19

**streams**
66:5

**structure**
40:17

**structures**
36:21 70:25

**Stuckey**
41:22 70:15
77:20 78:8

**Stuckey's**
35:15,18 57:8
71:8,16 79:5,
12 83:3

**studies**
45:24 49:11

**submit**
81:21

**subschedule**
19:21

**subscription-based**
45:8

**subsection**
70:4

**subsequent**
17:22

**substantially**
16:23 62:11,
15

**subtracting**
64:8

**succeeding**
56:19

**summaries**
11:10

**summary**
11:9 14:7,17
19:10 24:23
34:19 38:19,
20 43:3,8,10,
12 66:2

**sums**
18:2 33:20

**supplied**
43:15

**support**
6:11 74:9

**supporting**
10:16 11:7,14
19:14,23
23:11,15
24:14 28:16
42:11,14,24
43:5,14,16,20

**sustainable**
64:8,12,16,22

**swear**
4:4

**sworn**
4:10

———————————

**T**

———————————

**T-BILL**
59:16 60:14

**T-BILLS**
60:9

**tack**
49:16

**takes**
23:23 46:22

**taking**
61:12 84:4

**talk**
37:13 46:9
63:23 67:6

**talked**
25:17 32:25
34:11 43:18
44:5 64:9
74:20 75:9

**talking**
8:7 21:25
29:14 39:20
48:18,19 51:7
65:9 67:4

**tax**
6:3,9,23,25
7:1,3,10
24:11,17 40:6
44:9,10,14,25
45:2,5 78:13
79:12,13,17,
18 82:18,20

**telling**
52:19

**ten**
60:19

**ten-year**
58:12,18

**tender**
73:19

**term**
23:18,19
55:14 58:2
76:14

**terminal**
56:13,21
63:17,20,23
64:3,4

**terminated**
57:23,25

**terms**
5:21 7:5,12,
20 8:15 11:5
18:20 19:6
21:13,14
24:16 29:21,
23 30:11 34:6
35:12 37:13
40:23 47:19,
23,24 50:23
57:5 58:9,18
59:12 61:9
62:18 63:13
65:3 66:17

83:5

**test**
8:1 12:1 74:6

**tested**
74:23 75:1

**testified**
4:10 7:8
17:10 73:5
74:23 75:24
77:6,23 79:1
81:4

**testify**
4:18 80:1

**testimony**
4:4 60:8
73:10

**testing**
12:13 25:9
43:2 74:3
75:8 76:1
80:6

**thereabouts**
60:3

**thing**
11:24 18:17
25:16 60:14
64:5 75:19

**things**
5:19 12:14
17:24 19:2
20:23,24
31:15 39:10
40:22 43:22
45:11,12
63:22 71:11
77:1,4,6,11

**thought**
15:24 17:16

**thousands**

6:18

**tie**
52:1

**tied**
19:14,22
64:23 75:10,
14,15

**time**
27:16 57:25
62:7 69:8

**times**
27:9 77:19

**timesheets**
19:1,8,9,10,
23 43:21 44:5
75:14

**title**
68:5

**TL**
69:12

**today**
26:6 52:6
53:11 55:25
61:13 73:5,
10,14

**told**
48:2 75:9

**tool**
46:25

**top**
28:1 43:18

**total**
26:11,14
32:5,6 33:13
43:1,7 68:15
69:12 72:1

**totals**
14:19 32:12

**touched**
67:19 74:5

**traded**
67:14

**transaction**
23:12 24:16

**transactions**
8:3 20:1 23:8
24:14 35:8

**transcription**
25:11

**transpires**
50:22

**transposition**
25:12

**travel**
72:2

**Treasury**
46:24 48:13
49:7,8 50:10
54:16 59:10,
14

**treated**
21:16,18
22:14,16
24:2,5,8
40:22

**treatment**
22:25 41:22

**tremendous**
16:8

**tri-annually**
81:22

**trial**
73:13

**Troy**
5:7

**true**

54:20,24
62:10,13
68:12,13

**trust**
77:16

**truth**
4:5,6

**turn**
9:25 13:8
42:8

**turning**
15:15

**tying**
25:9

**type**
6:12 9:17
11:24 26:7
36:24 54:6
57:19 79:4

**types**
7:13,18 36:20

**typical**
38:4 54:3

**typically**
22:14,18 54:6
56:17 57:23

—————————

**U**

—————————

**Uh-huh**
39:23

**ultimate**
27:25 47:3
57:16

**ultimately**
78:10

**unaudited**
76:25

uncommon
  9:24 78:1
  79:16,20

undergoing
  54:18

underlying
  8:1 45:20
  54:21 57:6
  59:2 60:24

underpaid
  81:1

understand
  4:18 5:17
  8:13 12:2
  18:22 25:3
  30:24 35:12
  36:5 38:8
  39:3,15,18
  47:18,20
  50:20 51:8
  52:19 53:2
  56:12 57:5,10
  60:8 72:6,12

understanding
  4:20 9:8
  11:20 12:13
  21:5 28:11
  29:9,13,19
  30:4 35:2,22
  36:3,5,7 37:6
  38:23 40:9
  41:1,25 44:25
  52:9 56:25
  57:21 58:23
  59:1 62:23
  70:10,24 71:5
  72:17 82:17,
  19

understood
  14:24

undertake
  54:7

undertook
  4:19 10:3
  17:7

University
  5:7

unknown
  32:5 75:16

unquote
  7:1 36:11

unsecured
  22:18,22

unusual
  40:4

updated
  30:21 31:11
  34:12,13
  43:12

utility
  53:8,15 54:4

—————————

**V**

validate
  8:14

validating
  43:4

valuate
  58:20

valuation
  5:15,18 6:10
  7:6 38:9 39:9
  45:9 46:6
  48:6,18 52:5,
  11,20 53:22
  54:21 55:6
  58:7,19 59:24
  60:15 64:16

65:21 66:8,9,
  12 72:14
  81:3,7,10,13

valuations
  81:13,20,22
  82:2

valuator
  46:14 81:9

valuing
  51:18 66:13
  68:23

variation
  50:4

variety
  39:7

vehicle
  36:12 37:4,5,
  7

vendor
  59:2

venture
  8:6 9:2,6
  34:16 38:5,21
  40:1 41:2
  42:1 46:19,23
  51:19 65:6
  69:17 71:6,23
  72:10,20
  79:22

ventures
  40:4 71:21

version
  15:2

versus
  61:25 62:19

vi
  15:10 26:25
  67:22 70:4

view
  18:18 29:3

Virginia
  44:14

volatility
  50:4,8,14
  66:4,6,9,10,
  17,24

—————————

**W**

waiting
  16:15

walk
  24:24 31:14

walked
  12:3

Walker
  8:19 19:25
  20:4,13,14
  28:14,19
  29:14 32:16,
  24 33:7,16
  41:6 55:19
  69:20 70:14
  71:9 80:25

Walker's
  33:9 80:20

wanted
  62:10

whichever
  60:1

WL
  4:19 17:12
  23:19 24:9
  25:25 26:12
  32:9 36:1,6
  44:8,15,25
  57:7 68:17
  69:13,18 74:2

J. Michael Maddox
February 09, 2021                                                    25

76:1

**WL's**
  44:7

**WL/PTG**
  15:17

**word**
  81:23

**words**
  8:14 36:10
  39:22 70:3
  77:8,15 80:1

**work**
  6:9,25 7:3
  8:25 11:11,13
  20:8 23:13
  27:17 31:6,8
  46:13 57:1
  71:1,25

**worked**
  12:4

**working**
  10:6

**works**
  54:9

**world**
  45:9

**worth**
  64:3

**written**
  30:11,12
  58:21

**wrong**
  9:20 52:13
  70:18

---
             **X**
---

**XLS**
  14:18 15:5

---
             **Y**
---

**year**
  19:11,21
  31:24 42:24
  53:10 61:12
  63:23 64:4
  83:7

**years**
  6:25 32:11
  46:2 50:15
  55:10 56:2,
  19,24 58:14
  61:17 64:1,15
  65:21,25
  66:22 81:23

**yesterday**
  7:19

---
             **Z**
---

**Zoom**
  11:24